# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

November 04, 2010

Ms. Teresa L. Norris
BLUME & WEYBLE
P.O. Box 11744
Columbia, SC  29211

Mr. Gary E. Brotherton I
LEGAL WRITES
601 W. Nifong Boulevard
Building 1, Suite C
Columbia, MO  65203

      RE:  10-3462  Wesley Purkey v. United States

Dear Counsel:

      The district court has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court. The notice of appeal has been treated as an application for certificate of appealability in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure. It will be forwarded to a panel of judges for consideration. You will be advised of any action taken in the case.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      A CJA Form 30 which provides for your appointment under the provisions of the Criminal Justice Act to represent an appellant in a death penalty matter has been issued today. If you are receiving this letter by electronic noticing, your CJA Form 30 will be sent by mail. Your duties as counsel are defined by Eighth Circuit Rule 27C and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

      You can also find "Fillable" CJA Forms and instructions for their use on the "Forms" page of our web site. When you are ready to submit your voucher for payment, you may either complete the paper version or fill out the form online. If you choose to complete the form online, please copy the information contained in Items 1-14 from the paper CJA Form 30. You should then fill in the hours and expenses claimed, print out the form, sign it, attach the paper CJA Form 30 we sent you, and submit both forms to the St. Louis office for processing. Vouchers should be submitted after the court issues its mandate at the close of the case.

Please note that this CJA Form 30 covers your work for the appeal and any rehearing which might be filed. Compensation for paralegals, legal assistants and law students should be submitted separately on CJA Form 31. Any work pertaining to the filing of a petition for a writ of certiorari to the Supreme Court must be filed on a separate voucher, which we will provide upon request.

Appointments are personal and cannot be delegated without the court's approval. If you have any questions about your appointment or the CJA voucher process, please contact this office.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

BNS

Enclosure(s)

cc:    Mr. Gary E. Brotherton I
       Mr. David M. Ketchmark
       Ms. Kathleen D. Mahoney
       Mr. Wesley Ira Purkey
       Ms. Ann Thompson

      District Court/Agency Case Number(s):  4:06-cv-08001-FJG

**Caption For Case Number: 10-3462**

**Wesley Ira Purkey**

        **Movant - Appellant**

**v.**

**United States of America**

        **Respondent - Appellee**

**Addresses For Case Participants:   10-3462**

Ms. Teresa L. Norris
BLUME & WEYBLE
P.O. Box 11744
Columbia, SC  29211

Mr. Gary E. Brotherton I
LEGAL WRITES
601 W. Nifong Boulevard
Building 1, Suite C
Columbia, MO  65203

Mr. David M. Ketchmark
U.S. ATTORNEY'S OFFICE
400 E. Ninth Street
5510 Charles Evans Whittaker Courthouse
Kansas City, MO  64106-2149

Ms. Kathleen D. Mahoney
U.S. ATTORNEY'S OFFICE
400 E. Ninth Street
5510 Charles Evans Whittaker Courthouse
Kansas City, MO  64106-2149

Mr. Wesley Ira Purkey
U.S. PENITENTIARY
14679-045
4700 Bureau Road, S.
Terre Haute, IN  47802

Ms. Ann Thompson
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
400 E. Ninth Street
Room 1510
Kansas City, MO  64106-0000