# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

## ACCESS DISTRICT COURT DOCKET SHEET

Appeal No.    10-3462   Wesley Purkey v. United States

Date:        November 04, 2010

A link to the District Court's docket sheet is provided here for your convenience. You must have a PACER account to access the docket sheet.

Click the link to the right to view docket sheet:  VIEW DOCKET For Dist. No.: 06-8001