# IMMEDIATELY

APPEARANCE
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

NO. _____10-3462_____

Wesley I. Purkey, Appellant
_____

**vs.**

United States of America, Appellee
_____

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** Wesley I. Purkey, Appellant _____

_____

s/ Gary E. Brotherton
_____
**ATTORNEY NAME**

Legal Writes, LLC                                    573-875-1571
_____        _____
**FIRM NAME**                                **OFFICE PHONE NUMBER**

601 W. Nifong Blvd., Bldg. 1, Ste. C                 573-875-1572
_____        _____
**STREET or P.O. BOX**                       **FACSIMILE NUMBER**

Columbia, MO  65203                          gebrotherton@legalwritesllc.com
_____        _____
**CITY, STATE, ZIP**                         **E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 11/12/2010 _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☑ I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:
Wesley I. Purkey
_____

_____.

s/ Gary E. Brotherton
_____