### APPEARANCE
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

NO. _____10-3462_____

Wesley Purkey
_____

**vs.**

United States
_____

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** Wesley Purkey _____

_____

s/ Teresa L. Norris
_____
**ATTORNEY NAME**

Blume Weyble & Norris, LLC
_____
**FIRM NAME**

P.O. Box 11744
_____
**STREET or P.O. BOX**

Columbia, SC 29211
_____
**CITY, STATE, ZIP**

803 765 1044
_____
**OFFICE PHONE NUMBER**

803 765 1143
_____
**FACSIMILE NUMBER**

teresa@blumelaw.com
_____
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

☑  I hereby certify that on Nov. 16, 2010 _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☐  I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

_____

_____

s/ _____