**Legal Writes, LLC**

Gary E. Brotherton
Amy M. Bartholow

Attorneys & Counselors at Law
www.legalwritesllc.com

Stone Bridge Office Park
601 W. Nifong Blvd., Building 1, Suite C
Columbia, Missouri 65203
Phone 573-875-1571 or 888-875-1571
Fax 573-875-1572

December 1, 2010

The Honorable Michael E. Gans, Clerk
United States Court of Appeals, 8th Circuit
111 S.10th Street, Room 24.329
St. Louis, MO 63102

RE: *Wesley Ira Purkey v. United States*, No. 10-3462

Dear Mr. Gans:

About a month ago, the Court appointed Teresa L. Norris and me to represent Mr. Purkey in seeking a certificate of appealability (COA) from the denial of his § 2255 petition in the Western District of Missouri. At present, Mr. Purkey's COA is due on December 6, 2010. By this letter-motion, we seek an additional 60 days within which to prepare and file Mr. Purkey's COA. This would make his COA due by February 4, 2011. I have conferred with the United States, and AUSA Kathleen D. Mahoney has stated that the Government has no objection to this extension

This extension is necessary in order for us to provide Mr. Purkey with the sort of representation contemplated by the ethical rules and the ABA Guidelines. Mr. Purkey's application for COA was pending in the District Court for over four months before it was denied on October 28, 2010. During those four months, Ms. Norris and I accumulated deadlines and court dates that have now made it impossible to complete Mr. Purkey's COA within the time allotted.

Over the past month, I have had to file five substantial pleadings – to wit, one brief, one state *habeas* petition, two reply briefs, and one motion to reopen a state post-conviction action. Additionally, I have had to appear in court twice to argue pre-trial motions. Further, until November 16th, I was preparing for a week-long evidentiary hearing that was then set to begin November 30, 2010, in *Nelson v. United States*, MOW No. 04-8005. Over the next forty-five days, I have five briefs

and one evidentiary hearing set and another evidentiary hearing that is being rescheduled. Further complicating my schedule is a 1-2 day pre-trial hearing in a state capital post-conviction case, which is set to begin until February 17, 2010, and will require substantial preparation during the next couple months.

Ms. Norris was appointed on a capital post-conviction proceeding in South Carolina in September and had only sixty (60) days in which to review the lengthy record and conduct initial investigations in order to file the application on November 22, 2010. Additionally, she has been preparing for a non-capital felony post-conviction hearing, set to begin December 2, 2010. Then, she has a brief due in a state, capital post-conviction proceeding that is currently due in the South Carolina Supreme Court on December 6, 2010.

Ms. Norris and I have long divided responsibility for various claims between us. While Ms. Norris's schedule eases up slightly after the rapid-fire deadlines noted above, my prior and upcoming calendar is such that we need an additional sixty (60) days in order to complete Mr. Purkey's COA.

Finally, Mr. Purkey is very involved in the litigation of his § 2255 action. The only way for his involvement to be meaningful is for us to provide him outlines and/or drafts of arguments – this is particularly true with the issues long-assigned to me. This takes time and schedule coordination that simply cannot be accomplished in less than the additional sixty (60) days we are requesting.

Thank you in advance for your time and consideration.

Respectfully yours,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044 (Phone)
(803) 765-1143 (Fax)
teresa@blumelaw.com
Co-counsel to Movant

Gary E. Brotherton, Esq.
601 W. Nifong Blvd., Ste. 1C
Columbia, Missouri 65203
(573) 875-1571 Phone
(573) 875-1572 Fax
GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant

By:   /s/ Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Movant

## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated:    Columbia, MO
December 1, 2010