# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 10-3462

Wesley Ira Purkey

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:06-cv-08001-FJG)
_____

**ORDER**

Appellant's request for an extension of time to file a certificate of appealability is

granted. Appellant shall have until February 4, 2011 to file pleading.

December 07, 2010

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans