Mr. Michael E. Gans, Clerk
United States Court of Appeals/8th Cir.
111 S. 10th Street, Rm. 24.329
St. Louis, MO 63102

FILED

DEC 3 0 2010

MICHAEL GANS
CLERK OF COURT

December 28th, 2010

RE: <u>Purkey v. U.S., Case No. 10-3462/Dist. #06-8001-cv-W-FJG/W.D.Mo</u>

Dear Mr. Gans,

Please find enclosed my Motion for Withdrawing Habeas Counsel and to Proceed Pro Se in this action. I have enclosed the original and three (3) copies of the same for filing with the court. I will be initiating/filing a motion for an extension to prepare briefing, as well as a motion to file a oversized brief in the same.

Thank you for your attention to this matter.

Sincerely,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Appellant/Pro Se

cc: file

RECEIVED

DEC 3 0 2010

U.S. COURT OF APPEALS
EIGHTH CIRCUIT