# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-3462

Wesley Ira Purkey

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:06-cv-08001-FJG)
_____

## ORDER

Appellant has filed a motion to proceed pro se. Appointed counsel is hereby directed to

contact and confer with appellant and file a response to his motion to proceed pro se within

fourteen days of the date of this order.


January 12, 2011


Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans