Mr. Mickael Gans/Clerk
United States Court of Appeals
111 So. 10th Street
St. Louis, MO 63102

FILED

JAN 2 4 2011

MICHAEL GANS
CLERK OF COURT

January 20th, 2011

RE: Purkey v. U.S., No. 10-3462/Request Withdrawing Pro Se by Purkey

Dear Mr. Cans,

This correspondence is requesting you to withdraw the Pro Se Motion filed by me the 28th of December, 2011 which the Court 'Ordered' appointed counsel to response to by the 26th of January, 2011. Please be advised that appointed counsel(s) and I have reconciled the issues presented in my pro se pleading and based on such reconcilation I wish to withdraw such pro se pleading. If a formal motions needs filed by me to accomplishment such withdrawal of such pro se pleading, please advise and I will file such as expedient as possible under my present status of confinement, i.e. obtaining necessary copying of such for filing with the court.

Thank you for your attention to this matter.

Sincerely,

Wesley I. Purkey #14679-045
United State Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Appellant

RECEIVED

JAN 2 4 2011

U.S. COURT OF APPEALS
EIGHTH CIRCUIT