

**Legal Writes, LLC**

Gary E. Brotherton
Amy M. Bartholow

Attorneys & Counselors at Law

www.legalwritesllc.com

Stone Bridge Office Park
601 W. Nifong Blvd., Building 1, Suite C
Columbia, Missouri 65203
Phone 573-875-1571 or 888-875-1571
Fax 573-875-1572

January 28, 2011

The Honorable Michael E. Gans, Clerk
United States Court of Appeals, 8th Circuit
111 S.10[th] Street, Room 24.329
St. Louis, MO 63102

RE:    *Wesley Ira Purkey v. United States*, No. 10-3462

Dear Mr. Gans:

At present, Mr. Purkey's COA is due on February 4, 2011, after an extension from December 6, 2010. By this letter-motion, my co-counsel, Teresa L. Norris, and I seek an additional 30 days within which to prepare and file Mr. Purkey's COA. This would make his COA due by March 6, 2011. This extension is necessary in order for us to provide Mr. Purkey with the sort of representation contemplated by the ethical rules and the ABA Guidelines. I have conferred with the United States, and AUSA Kathleen D. Mahoney has stated that the Government has no objection to this extension.

When we requested the initial extension, I noted: "Finally, Mr. Purkey is very involved in the litigation of his § 2255 action. The only way for his involvement to be meaningful is for us to provide him outlines and/or drafts of arguments." Due to the very heavy briefing and court schedules that I set out in the initial extension, Ms. Norris and I have not been able to provide those outlines and drafts to Mr. Purkey.

Understandably, this caused frustration and concern for Mr. Purkey – such that a couple of weeks ago, he sought to have us removed us as his attorneys. Currently pending, however, is his request to withdraw that motion and to continue with us as his attorneys. Ms. Norris and I will be working diligently to provide Mr. Purkey with drafts in early-February so that his thoughts and ideas can be incorporated. Due to the distances between counsel and Mr. Purkey, we need this additional thirty days in order to facilitate his meaningful involvement.

Thank you in advance for your time and consideration.

Respectfully yours,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044 (Phone)
(803) 765-1143 (Fax)
teresa@blumelaw.com
Co-counsel to Movant

Gary E. Brotherton, Esq.
601 W. Nifong Blvd., Ste. 1C
Columbia, Missouri 65203
(573) 875-1571 Phone
(573) 875-1572 Fax
GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant

By: /s/ Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Movant

## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated: Columbia, MO
January 28, 2011