

**Legal Writes, LLC**

Gary E. Brotherton
Amy M. Bartholow

Attorneys & Counselors at Law

www.legalwritesllc.com

Stone Bridge Office Park
601 W. Nifong Blvd., Building 1, Suite C
Columbia, Missouri 65203
Phone 573-875-1571 or 888-875-1571
Fax 573-875-1572

February 24, 2011

The Honorable Michael E. Gans, Clerk
United States Court of Appeals, 8th Circuit
111 S.10th Street, Room 24.329
St. Louis, MO 63102

RE: *Wesley Ira Purkey v. United States*, No. 10-3462

Dear Mr. Gans:

At present, Mr. Purkey's COA has previously been extended to March 8, 2011. By this letter-motion, my co-counsel, Teresa L. Norris, and I seek an additional 30 days within which to prepare and file Mr. Purkey's COA. This would make his COA due by April 7, 2011. This extension is necessary in order for us to provide Mr. Purkey with the sort of representation contemplated by the ethical rules and the ABA Guidelines.

Unfortunately, Ms. Norris is in court all day today and I must leave for the airport at 11:45 a.m. (roughly thirty minutes from now). Due to these extraordinary circumstances, I have not conferred with the United States about this request, and I apologize for any inconvenience caused by that.

First, as the Court is aware, Mr. Purkey has previously filed a motion to remove both me and Ms. Norris from this case. When we filed our previous extension, we noted Mr. Purkey's involvement in the COA was essential. In that process, he has become dissatisfied with me, and, unfortunately, it is my understanding that he has recently mailed a motion renewing his request to remove me. Although I will be in California on another case tomorrow, I have scheduled a legal call with Mr. Purkey for 8:30 a.m. EST to discuss this matter.

Second, Ms. Norris has been unable to prepare her portion of the COA due to extreme and unexpected events in *South Carolina v. Makal Mahdi*, a state capital post-conviction case. *Mahdi* is set for an evidentiary hearing on March 9-11, 2011;

however, recent events have required Ms. Norris's constant attention and will continue to demand such time in litigating extraordinary writs that have only recently become necessary.

For these reasons, we cannot complete Mr. Purkey's COA by March 8, 2011, and request an additional thirty days until April 7, 2011.

Thank you in advance for your time and consideration.

Respectfully yours,

<table>
<tr><td>Teresa L. Norris, Esq.</td><td>Gary E. Brotherton, Esq.</td></tr>
<tr><td>P.O. Box 11744</td><td>601 W. Nifong Blvd., Ste. 1C</td></tr>
<tr><td>Columbia, SC 29211</td><td>Columbia, Missouri 65203</td></tr>
<tr><td>(803) 765-1044 (Phone)</td><td>(573) 875-1571 Phone</td></tr>
<tr><td>(803) 765-1143 (Fax)</td><td>(573) 875-1572 Fax</td></tr>
<tr><td>teresa@blumelaw.com</td><td>GEBrotherton@LegalWritesLLC.com</td></tr>
<tr><td>Co-counsel to Appellant</td><td>Co-counsel to Appellant</td></tr>
</table>

By:    /s/ Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Appellant

## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated:    Columbia, MO
February 24, 2011