**IN THE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

| | | | |
|---|---|---|---|
| WESLEY PURKEY, | ) | | |
| | ) | | |
| Appellant, | ) | | |
| v. | ) | No. | 10-3462 WMKC |
| | ) | | |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Appellee. | ) | | |

## APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

The United States of America, by undersigned counsel, requests an extension of time to file its response to Purkey's application for certificate of appealability.

Purkey filed a 134-page application for certificate of appealability on April 7, 2011. Appellee's response was due April 17, 2011. Because of the size of the application, the Government requests a three-week extension. Undersigned counsel has spoken with counsel for the appellant, who have stated they have no objection to an extension of time. Therefore, the United States respectfully requests a three-week extension, so that it be allowed to file its response by May 9, 2011.

Respectfully submitted,

BETH PHILLIPS
United States Attorney

By    */s/ Kathleen D. Mahoney*

KATHLEEN D. MAHONEY
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 E. 9th Street, Fifth Floor
Kansas City, Missouri
Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2011, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

Mr. Wesley Ira Purkey
U.S. Penitentiary
4700 Bureau Road S.
Terre Haute, Indiana 47802

*/s/ Kathleen D. Mahoney*
Kathleen D. Mahoney
Assistant United States Attorney