# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-3462

Wesley Ira Purkey

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:06-cv-08001-FJG)
_____

## ORDER

The application for a certificate of appealability is granted in part. The issues upon which

a certificate is granted are those appellant designated as Part III(A)(1)(b)-(f) and III(A)(2) as set

forth in the application. All other requests for a certificate are denied. Appellant's brief is due

July 11, 2011.

June 10, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans