U.S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No.

10-3462

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| Wesley Ira Purkey | Teresa L. Norris, Blume Weyble & Norris, LLC, P.O. Box 11744,Columbia, SC 29211, 803-765-1044 |
| Appellant/Appellee, vs. | Gary E. Brotherton, Esq., 601 W. Nifong Blvd., Ste. 1C, Columbia, Missouri 65203 (573) 875-1571 |
| United States of America | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
| Appellant/Appellee | Kathleen D. Mahoney David M. Ketchmark U.S. Attorney's Office, Room 5510 400 East 9th Street, Kansas City, MO 64106 (816) 426-3122 |

LIST ISSUES ON APPEAL(For administrative purposes).  You may indicate that this also serves as your statement
of issues under FRAP 10(b)(3).        [ ✓ ]Yes.        [  ]No.

The issues as asserted in the Application for Certificate of Appealability

FOR LEAD COUNSEL ONLY
I [  ] have ( [ ✓ ] have not) discussed settlement possibilities on appeal with my client.
This appeal [  ] is ( [ ✓ ] is not ) amenable to settlement.

Submitted by: s/ _____

Signature of Lead Counsel                                              Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule
3B). If inadvertenly omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is
docketed.  Forms are available at the District Court Clerk's Office and may be obtained electronically at:
www.ca8.uscourts.gov
        Copy 1 - Send to Appellee (together with an uncompleted Form B)
        Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
        Copy 4 - Retain