# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
## APPELLANT'S FORM A
### Appeal Information Form
### To be filed with the Notice of Appeal

Appeal Docket No.

10-3462

**STYLE OF CASE:**

Wesley Ira Purkey

Appellant/Appellee,

vs.

**COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER**

Teresa L. Norris, Blume, Weyble & Norris, LLC,
P.O. Box 11744, Columbia SC 29211
803-765-1044
Gary E. Brotherton, Legal Writes, LLC, 601 W.
Nifong Blvd., Ste. 1C, Columbia, MO 65203
573-875-1571

United States of America

Appellant/Appellee

**COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER**

Kathleen D. Mahoney
David M. Ketchmark
U.S. Attorney's Office, Rm. 510, 400 E. 9th Street,
Kansas City, MO 64106
816-426-3122

LIST ISSUES ON APPEAL(For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). ☑ Yes. ☐ No.

The issues asserted in the Application for Certificate of Appealability.

FOR <u>LEAD COUNSEL</u> ONLY

I ☐ have ( ☑ have not) discussed settlement possibilities on appeal with my client.

This appeal ☐ is ( ☑ is not ) amenable to settlement.

Submitted by: s/ _Gary E. Brotherton_    6/16/11

Signature of Lead Counsel     Date

**INSTRUCTIONS:**

Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may be obtained electronically at:
www.ca8.uscourts.gov

     Copy 1 - Send to Appellee (together with an uncompleted Form B)
     Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
     Copy 4 - Retain