IN THE
UNITED STATES COURT of APPEALS
EIGHTH CIRCUIT

No. 10-3462

WESLEY IRA PURKEY,
Appellant,

v.

UNITED STATES OF AMERICA,
Appellee.

---

**MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

---

COMES NOW Appellant, Wesley Ira Purkey, by his undersigned counsel, and pursuant to Federal Rules of Appellate Procedure 26(b) and 31(a)(1), respectfully requests that this Court grant him and counsel an extension of time of 30 days, to and including August 10, 2011, within which to file Appellant's Brief. Mr. Purkey requests an extension of time to file his opening brief for the following reasons:

1.  This Court granted Mr. Purkey a certificate of appealability on June 10, 2011 and ordered his brief be filed by July 11, 2011.

2.  Mr. Purkey appeals the district court's denial of his 2255 motion to vacate his conviction and death sentence without an evidentiary hearing.

3. This motion is made for good cause:

a. Counsel Brotherton has filed initial pleadings in four cases and briefs in two other cases in June, 2011. Counsel Brotherton has three additional briefs to file in July which were set for briefing prior to this Court establishing the briefing schedule in this case. Finally, Counsel Brotherton has a two-day pre-trial hearing in a state capital post-conviction case set for July 27-28, 2011, for which substantial preparation is required.

b. In June, counsel Norris prepared for and conducted depositions in a capital federal habeas case in Texas, filed a brief in the Mississippi Supreme Court in a capital case, conducted oral argument in the South Carolina Supreme Court in a capital case, has been litigating motions and preparing for trial in a pending South Carolina trial, and served as faculty at a three day capital trial seminar in Louisiana. She is scheduled to be on vacation July 1-10,

4. Further, Mr. Purkey actively participates in his case. This brief is no different, and, in order to foster that participation, additional time is necessary.

5. Counsel have consulted the counsel for the United States and they have no objection to this request.

6. Mr. Purkey understands that this Court has made criminal appeals a top priority. Eighth Circuit, Plan to Expedite Criminal Appeals – *see*

2

http://www.ca8.uscourts.gov/newrules/coa/plan.pdf, and he does not request this extension to cause unnecessary delay. Rather, this extension is needed to ensure that Mr. Purkey's case is prepared comprehensively and competently.

7.   Wherefore, Appellant Wesley Ira Purkey respectfully moves the Court to extend the time for filing his opening brief by thirty (30) days until August 10, 2011.

Respectfully submitted,

| | |
|---|---|
| Teresa L. Norris, Esq. | Gary E. Brotherton, Esq. |
| P.O. Box 11744 | 601 W. Nifong Blvd., Ste. 1C |
| Columbia, SC 29211 | Columbia, Missouri  65203 |
| (803) 765-1044  (Phone) | (573) 875-1571  Phone |
| (803) 765-1143  (Fax) | (573) 875-1572  Fax |
| teresa@blumelaw.com | GEBrotherton@LegalWritesLLC.com |
| Co-counsel to Movant | Co-counsel to Movant |

By:   /s/  Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Movant

CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated:   Columbia, MO
June 29, 2011

3