# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-3462

Wesley Ira Purkey

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:06-cv-08001-FJG)
_____

## ORDER

Appellant's motion for an extension of time to file the brief is granted in part. Appellant

may have until August 5, 2011 to file the brief.

June 29, 2011

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans