**IN THE**
**UNITED STATES COURT of APPEALS**
**EIGHTH CIRCUIT**

No. 10-3462

WESLEY IRA PURKEY,
Appellant,

v.

UNITED STATES OF AMERICA,
Appellee.

_____

**SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

_____

COMES NOW Appellant, Wesley Ira Purkey, by his undersigned counsel, and pursuant to Federal Rules of Appellate Procedure 26(b) and 31(a)(1), respectfully requests that this Court grant him and counsel an extension of time of 30 days, to and including September 4, 2011, within which to file Appellant's Brief. Mr. Purkey requests an extension of time to file his opening brief for the following reasons:

1.　This Court granted Mr. Purkey a certificate of appealability on June 10, 2011 and ordered his brief be filed by July 11, 2011; however, it previously granted an extension until August 5, 2011.

2.　Mr. Purkey appeals the district court's denial of his 2255 motion to vacate

his conviction and death sentence without an evidentiary hearing.

3.    This motion is made for good cause:

a.    Counsel Brotherton:

i.    filed opening briefs in two cases, a reply brief in another case, and an amended post-conviction motion in another case during July;

ii.    spent much of July preparing for a two-day hearing in a state, capital post-conviction case that had to be continued at the last moment;

iii.    has another brief due in this Court on August 4th;

b.    Counsel Norris:

i.    filed final briefing, after conducting discovery authorized by the Court, in a capital habeas proceeding pending in the United States District Court for the Eastern District of Texas; and

ii.    was out of the office otherwise for approximately two weeks due to vacation and other commitments.

4.    Further, as this Court is aware, Mr. Purkey actively participates in his case. Due to a number of circumstances communications between counsel and Mr. Purkey have been difficult. This extension is, thus, needed to better foster Mr. Purkey's participation in his appeal.

5.    Counsel have consulted the counsel for the United States and they have no

objection to this request.

6.  Mr. Purkey understands that this Court has made criminal appeals a top priority. Eighth Circuit, Plan to Expedite Criminal Appeals – *see* http://www.ca8.uscourts.gov/newrules/coa/plan.pdf, and he does not request this extension to cause unnecessary delay. Rather, this extension is needed to ensure that Mr. Purkey's case is prepared comprehensively and competently.

7.  Wherefore, Appellant Wesley Ira Purkey respectfully moves the Court to extend the time for filing his opening brief by thirty (30) days until September 5, 2011.

Respectfully submitted,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044  (Phone)
(803) 765-1143  (Fax)
teresa@blumelaw.com
Co-counsel to Movant

Gary E. Brotherton, Esq.
601 W. Nifong Blvd., Ste. 1C
Columbia, Missouri  65203
(573) 875-1571  Phone
(573) 875-1572  Fax
GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant

By:   /s/  Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Movant

CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton

3

Gary E. Brotherton

Dated: Columbia, MO
July 28, 2011