UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

FILED
AUG 1 0 2011
MICHAEL GANS
CLERK OF COURT

WESLEY I. PURKEY,

        Appellant,

v.

        Case No. # 10-3462

UNITED STATES OF AMERICA,

        Appellee.

## MOTION TO WITHDRAW APPEALS

COMES NOW Wesley I. Purkey, (hereafter "Purkey") acting pro se in this matter does request the Court to allow him to withdraw his appeals in these habeas proceedings and in support of this request states the following:

1. Because of the protracted, ongoing and chronic constitutionally proscribed conditions of my death row confinement on the Special Confinement Unit that Purkey has been subject to for the past seven (7) years without resolve or remedy by law he request to withdraw these habeas proceedings rather than continue to suffer the plights of such conditions of confinement.

2. The alleged proscribed unconstitutional conditions of confinement that Purkey has and continue to be subject to are, inter alia, denial of medical and dental treatment for chronic medical conditions coupled with severe pain and debilitating. Denial of dental treatment for over five years coupled with severe pain, infections and bleeding gums due to the lack of adequate dental treatment based on USP/TH tactic policy of only providing one (1) dentist per four thousand inmates. Because of the deliberate indifference being shown to Purkey's serious dental

1.

RECEIVED
AUG 1 0 2011
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

needs the deterioriation of the remaining front teeth have reached a state of contast pain, bleeding and infection. Unit Administrative Officials, i.e. Unit Manager Michael Stevens and Case Worker Edwards have reiterated many time overs that Purkey should of thought about these issues before he started murdering people. In seeking redress for these issues these administrative members have not only refused to rpocess such grievances in redress but subject Purkey to different magnitudes of retaliation including but not limited to issuing him boggish disciplinary reports. In fact Warden Jo Charles Lockett has clarified don many different occasions including this date, August 3rd., 2011 during Adminstrative rounds that SCU Administrative Staff was not required to process Purkey's grievances, that Purkey did not have receipts for grievances he filed and thereby "Purkey filed no grievances," because he will always take staff's word over that of a murder. Mr. Lockett has clarified many times over both verbally and in writing that if a death row prisoner wishes to complain about the conditions of his confinement at USP/TH that he will present these grievances to their victim's families for response. This is the mentality underscoring Purkey's plights of being denied both constitutionally adequate medical and dental care on death row.

2. For the past four (4) years Purkey has been and continues to be subject to uncooked, spoiled and rotten food items on the religious diet he is provided. In fact he has consistently been denied food items designated on the religious diet and told on numerous occasions but both administrative executive staff and security pe4rsonnel that, "if he did not appreciate the spoiled, uncooked and rotten food items being served then to get the ehll off the religious diet." Other similarly situated inmates has filed litigation regarding these issues in the United States District Court for the Southern District of Indiana. See Kadamovas v. Jo Charles Lockett, 11-cv-00015 (S.D.Ind). Warden Lockett has reiterated that

2.

he is not going to address these issues presented to him both in person by Purkey and through administrative remedies because he is tired of hearing it, and that Purkey needs to continue filing grievances concerning the very same issue presented repeatedly through previous grievances. In other words Warden Lockett continues to show ossify obstinacy to the plight of spoiled, uncooked and rotten food items being served Purkey which have resulted in copious food borne poisoning. After suffering plights of food borne poisoning regarding these issues Purkey was then denied medical treatment, whereas medical merely shrugged these matteers off telling Purkry that, "he needed to simply let the food poisoning run its natural course, and get off the religious diets if he was tired of the same."

3. In the past numerous years Purkey has and continues to be denied religious service. Both the Supervising Chaplian and applicable administrative officials have advised Purkey that they do not recognize "Buddhism" as a established religion and thereby will not allow him to participate in traditional Buddhist services. Other religious beliefs are allowed religious service in the designated Multi-Purpose area of the Unit, but as Warden Lockett has reiterated, "Buddhist are the same as atheist and do not satisfy requirements to be recognized as a established religion." Based on this same contention Purkey has and continues to be denied a religious diet under the scrupulous of his Buddhist beliefs and has been forced to accept a 'commonfare diet in-lieu of'.

4. In the past several years Purkey has and continues to be denied access to literature, i.e. newspapaers, magazines and books on death row and has been severely mocked by both unit administrative and executive administrative officials when he sought access to such. Again administrative officials, Case Worker Edwards and educational personnel, Ms. Roberts' clarified that, "Purkey should of thought about newspapers, magazines and books before killing people." In fact Purkey has been subject to multi disciplinary reports by both educational personnel and Warden

3

Lockett for his sedulous efforts to obtain basic literature.

5. In the past three and a half years Purkey has and continues to be subject to reprisals for utilzing the administrative remedy for his efforts to redress the foregoing and other issues permeating the conditions of his confinement. One such reprisal is a ongoing campaign of not allowing Purkey to sleep during the 12 - 8 Shift. Purkey is constantly harassed, being woke up and/or not allowed to sleep, whereas such sleep deprivation has and continues to cause Purkey extreme anguish, anxiety and physical toture. A plethora of grievances have been filed regarding such protracted torture without resolve.

6. In the past several months Purkey food has been tainted. On several occasions his trays are designated with his name written on them and have had fecal matter mixed in with the breakfast ceral and served by the same SCU personnel who have and continue to harass Purkey during the 12 - 8 shift. When Purkey complained about fecal matter being mixed in with his food, and other food items being spit on the USP/TH Legal Department contacted Purkey's habeas attorney, i.e. Gary Brotherton and advised him that they would subject Purkey to disciplinary actiobn if he persisted with such complaints. Because of such threats Purkey is both fearful of eating non-packaged food items and seeking redress for the ongoing tainted food items by the 12 - 8 a.m. shift.

7. After seeking redress for homsexual activities permeating the SCU by SCU 12 - 8 a.m. staff Purkey has subject to yet further acts of retaliation such as; 1) his correspondence mailed was destoryed by the 12 - 8 shift who processes such for mailing on that shift; 2) had chemicals sprays into his cell by the 12 - 8 a.m. shift which cause Purkey extreme distress and breathing problems; and 3) he was yet again threaten with disciplinary action by USP/TH Legal Dep't via Mr. Brotherton if he continued to wage such complaints against staff.

4.

8.   Because of the foregoing conditions of confinement that are ongoing, protracted and chronic, and as well as to other such proscribed conditions of Purkey's death row confinement, including being subject to multi assults by SCU staff Purkey request that this Court withdraw Purkey's appeals.

For the foregoing reasons Purkey request that the Court grant the relief requested.

Dated: August 3rd., 2011

RESPECTFULLY SUBMITTED;

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Appellant/Pro Se

## Certificate Of Service

The Undersigned hereby certifies that on the ___ of August, 2011, the foregoing was served on the United States via U.S. Mail, sufficient first class postage prepaid and attached to:

Kathleen D. Mahoney
Assistant U.S. Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
kansas City, MO 64106

Wesley I. Purkey
Deponent

5.

Mr. Michael E. Gans/Clerk
U.S. Court of Appeals
Thomas F. Engleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

August 8th, 2011

Dear Mr. Gans,

Please find enclosed my pro se Motion to Withdraw My Appeals. I have enclosed the original and three copies of the same for filing with the court.

Thank you for your attention to this matter.

Sincerely,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Appellant/Pro Se

cc: file

RECEIVED

AUG 1 0 2011

U.S. COURT OF APPEALS
EIGHTH CIRCUIT