**Eighth Circuit Court of Appeals**

**PRO SE Notice of Docket Activity**

The following was filed on 08/10/2011

**Case Name:**    Wesley Purkey v. United States
**Case Number:**  10-3462

**Docket Text:**
MOTION to dismiss case filed by Appellant Mr. Wesley Ira Purkey. [3817635] [10-3462]

**The following document(s) are associated with this transaction:**
Document Description:  motion to withdraw apeal

**Notice will be mailed to:**

Mr. Wesley Ira Purkey
U.S. PENITENTIARY
14679-045
4700 Bureau Road, S.
Terre Haute, IN  47802

**Notice will be electronically mailed to:**

Mr. Gary E. Brotherton I: gebrotherton@legalwritesllc.com, garyebrotherton@aol.com
Honorable Fernando J. Gaitan: marylynn.shawver@mow.uscourts.gov,
judy.carter@mow.uscourts.gov,rhonda_enss@mow.uscourts.gov
Mr. David M. Ketchmark: David.Ketchmark@usdoj.gov,
usamow.Appellate@usdoj.gov,usamow.ecfGeneralCrimes@usdoj.gov
Ms. Kathleen D. Mahoney: Kate.Mahoney@usdoj.gov,
usamow.Appellate@usdoj.gov,usamow.ecfGeneralCrimes@usdoj.gov
Ms. Teresa L. Norris: teresa@blumelaw.com