

August 18, 2011

The Honorable Michael E. Gans, Clerk
United States Court of Appeals, 8th Circuit
111 S.10th Street, Room 24.329
St. Louis, MO 63102

RE: *Wesley Ira Purkey v. United States*, No. 10-3462

Dear Mr. Gans:

On August 10, 2011, the Court filed Mr. Purkey's *pro se* "Motion to Withdraw Appeals." Two days later, the Court asked us to respond.

My Co-counsel, Teresa L. Norris, and I are presently preparing Mr. Purkey's brief, which is due on September 6, 2011. Unless ordered to do otherwise, we will file our response to Mr. Purkey's *pro se* motion contemporaneous with his opening brief.

Respectfully yours,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044 (Phone)
(803) 765-1143 (Fax)
teresa@blumelaw.com
Co-counsel to Movant

Gary E. Brotherton, Esq.
601 W. Nifong Blvd., Ste. 1C
Columbia, Missouri 65203
(573) 875-1571 Phone
(573) 875-1572 Fax
GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant

By:  /s/ Gary E. Brotherton
GARY E. BROTHERTON

Ph 573-875-1571 | WWW.LEGALWRITESLLC.COM
Toll Free 888-875-1571 | Stone Bridge Office Park
601 W. Nifong Blvd., Bldg. 1, Ste. C
Fax 573-875-1572 | Columbia, MO 65203-6804

Jamie L. Annel, Legal Assistant
Rollin G. Thompson II, Investigator

## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated:      Columbia, MO
            August 18, 2011