**IN THE**
**UNITED STATES COURT of APPEALS**
**EIGHTH CIRCUIT**

No. 10-3462

WESLEY IRA PURKEY,
Appellant,

v.

UNITED STATES OF AMERICA,
Appellee.

_____

**THIRD MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

_____

COMES NOW Appellant, Wesley Ira Purkey, by his undersigned counsel, and pursuant to Federal Rules of Appellate Procedure 26(b) and 31(a)(1), respectfully requests that this Court grant him and counsel an extension of time of 30 days, to and including October 6, 2011, within which to file Appellant's Brief. Mr. Purkey requests an extension of time to file his opening brief for the following reasons:

1.     This Court granted Mr. Purkey a certificate of appealability on June 10, 2011 and ordered his brief be filed by July 11, 2011; however, it previously granted extensions until August 5, 2011 and September 6, 2011.

2.     Mr. Purkey appeals the district court's denial of his 2255 motion to vacate

his conviction and death sentence without an evidentiary hearing.

3. This motion is made for good cause and not to delay this appeal. Since the previous extension was granted, Mr. Purkey has filed two *pro se* motions:

a. "Motion to Withdraw Appeals" was filed on August 10, 2011. In this motion Mr. Purkey enumerated numerous conditions of confinement that have made the thought of his execution more bearable than the thought of continuing with this appeal. This Court requested a response from undersigned counsel, which they intend to be able to file by September 6, 2011.

b. "Motion to Withdraw Counsel, to Proceed *Pro Se* in These Appellate Proceedings and to Withdraw Appellate Proceedings" was filed by this Court on August 22, 2011. In this motion, Mr. Purkey made various allegations of an "irrevocable break-down in communication" between him and counsel and reasserted his desire to waive his appeals. This Court has not requested a response from counsel regarding this motion.

4. In light of these motions and the positions set out in them, and the necessity for counsel to respond, counsel cannot complete Mr. Purkey's brief for filing on September 6, 2011. In addition, as one of Mr. Purkey's complaints is that he wishes to be better informed by counsel concerning the briefing, arguments, and issues, counsel need the additional time to work with Mr. Purkey and consult with him. Counsel, thus,

request an additional 30 days until October 6, 2011.

5.    Per Assistant U.S. Attorney Kathleen Mahoney, the United States does object to this request.

6.    Wherefore, Appellant Wesley Ira Purkey respectfully moves the Court to extend the time for filing his opening brief by thirty (30) days until October 6, 2011.

Respectfully submitted,

| | |
|---|---|
| Teresa L. Norris, Esq. | Gary E. Brotherton, Esq. |
| P.O. Box 11744 | 601 W. Nifong Blvd., Ste. 1C |
| Columbia, SC 29211 | Columbia, Missouri 65203 |
| (803) 765-1044 (Phone) | (573) 875-1571 Phone |
| (803) 765-1143 (Fax) | (573) 875-1572 Fax |
| teresa@blumelaw.com | GEBrotherton@LegalWritesLLC.com |
| Co-counsel to Appellant | Co-counsel to Appellant |

By:    /s/  Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Appellant


CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.


/s/ Gary E. Brotherton
Gary E. Brotherton


Dated:    Columbia, MO
          August 31, 2011