# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-3462

Wesley Ira Purkey

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:06-cv-08001-FJG)
_____

**ORDER**

On the court's own motion, the briefing schedule will be stayed pending the disposition of appellant's pro se motions for dismissal of his appeal and for permission to proceed pro se. Appellant's appointed counsel's response to the motion to dismiss should also respond to appellant's pro se motion to relieve them of their appointments and proceed pro se. Counsel are granted to September 9, 2011 to file this combined response.

September 1, 2011

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans