# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 10-3462

Wesley Ira Purkey

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:06-cv-08001-FJG)
_____

## ORDER

Appellant has filed pro se motions concerning dismissal of his appeal and his

representation by counsel, and the appellant's appointed counsel has filed a response to the

motions. The United States is requested to file a response to the pending motion and counsel's

response. The response is due September 23, 2011.

September 16, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans