**IN THE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

WESLEY IRA PURKEY,     )
                       )
      Movant,     )
                       )
     v.     )     No. 06-8001-CV-W-FJG
                       )
UNITED STATES OF AMERICA,     )
                       )
      Respondent.     )

_____

**Motion to Withdraw
Purkey's *Pro Se* Motion Filed February 14, 2007**

_____

The undersigned appointed counsel for Wesley Ira Purkey, an indigent death-sentenced inmate, hereby move to withdraw Mr. Purkey's "Motion to Withdraw Habeas Counsel(s) to Waive Habeas Proceedings and For Execution Date to Be Set" filed *pro se* on February 14, 2007. Since the filing of that motion, counsel have discussed this matter with Mr. Purkey and have received from him his further request that this motion be withdrawn and nullified. *See* Attachment.

The undersigned counsel thus request that this motion be withdrawn and that no action be taken on the previous *pro se* requests.

Case 4:06-cv-08001-FJG   Document 8   Filed 03/01/07   Page 1 of 2

Respectfully submitted,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044 (Phone)
(803) 765-1143 (Fax)
teresa@blumelaw.com
Co-counsel to Movant

Gary E. Brotherton, Esq.
2101 Chapel Plaza Court, Suite 13
Columbia, Missouri 65203
(573) 875-1571 Phone
(573) 875-1572 Fax
GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant

By:   /s/ Gary E. Brotherton
      GARY E. BROTHERTON
      Co-counsel to Movant

Dated:      Columbia, SC
            Columbia, MO
            February 28, 2007

### CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated:      Columbia, SC
            Columbia, MO
            February 28, 2007

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Wesley I. Purkey,

        Petitioner,

vs.                            Case No. #01/00308/01/FJG

United States Of America,

        Respondent.

---

MOTION TO WITHDRAW PETITIONER'S
MOTION TO WITHDRAW HABEAS COUNSEL AND TO WAIVE HABEAS PROCEEDINGS
AND
FOR EXECUTION DATE TO BE SET

Comes Now Wesley I. Purkey, Petitioner, acting pro se does hereby request the court to withdraw his previous Motion To Withdraw Habeas Counsel, et. seq. and to nullify the same at the petitioner's request.

RESPECTFULLY SUBMITTED,

Wesley I. Purkey #14679/045
United States Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
Petitioner/Acting Pro Se

DECLARATION UNDER PENALTY OF PERJURY

The undersigned Wesley I. Purkey does attest under penalty of perjury

1.

Case 4:06-cv-08001-FJG   Document 8-1   Filed 03/01/07   Page 1 of 2

that the above and foregoing is true and correct, and made pursuant to 28 U.S.C. § 1746.

Wesley I. Purkey
Declarant

2.