**IN THE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 06-8001-CV-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

_____

**Motion to Withdraw
Purkey's *Pro Se* Motions to Remove Counsel
Filed August 24, 2007 and September 11, 2007**

_____

The undersigned appointed counsel for Wesley Ira Purkey, an indigent death-sentenced inmate, hereby move to withdraw Mr. Purkey's *pro se* motions (Doc. 28 and Doc. 32) to relieve court-appointed counsel and to allow Movant to proceed *pro se.* Since the filing of those motions and counsels' response, counsel have discussed this matter with Mr. Purkey and have received from him his further request that his *pro se* motions be withdrawn and nullified. *See* Attachment.

The undersigned counsel thus request that this motion be withdrawn and that no action be taken on the previous *pro se* requests.

Respectfully submitted,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044  (Phone)
(803) 765-1143  (Fax)
teresa@blumelaw.com
Co-counsel to Movant

Gary E. Brotherton, Esq.
2101 Chapel Plaza Court, Suite 13
Columbia, Missouri  65203
(573) 875-1571  Phone
(573) 875-1572  Fax
GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant

By:   /s/  Gary E. Brotherton
      GARY E. BROTHERTON
      Co-counsel to Movant

Dated:    Columbia, SC
        Columbia, MO
        September 18, 2007

CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated:    Columbia, SC
        Columbia, MO
        September 18, 2007

**IN THE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

WESLEY IRA PURKEY,                )
                                  )
                Movant,           )
                                  )
        v.                        )              No. 06-8001-CV-W-FJG
                                  )
UNITED STATES OF AMERICA,         )
                                  )
                Respondent.       )

---

**Motion to Withdraw
Purkey's *Pro Se* Motions to Remove Counsel
Filed August 24, 2007 and September 11, 2007**

---

The undersigned Wesley Ira Purkey, an indigent death-sentenced inmate, hereby

moves to withdraw his *pro se* motions to relieve court-appointed counsel and to allow

Movant to proceed *pro se*. Movant requests that no action be taken on those filings.

Respectfully submitted,

Wesley I. Purkey, No. 14679-045
USP-Terre Haute
P.O. Box 33
Terre Haute, IN 47808

By: _____
Wesley I. Purkey
Movant

## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated:      Columbia, SC
            Columbia, MO
            September 18, 2007