# IN THE
# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 06-8001-CV-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

--------------------

## Motion to Withdraw
## Mr. Purkey's Third *Pro Se* Motion to Withdraw Habeas Counsel
## Filed December 14, 2007

--------------------

The undersigned appointed counsel for Wesley Ira Purkey, an indigent death-sentenced inmate, hereby moves to withdraw Mr. Purkey's "Third Motion to Withdraw Habeas Counsel and for Leave to Proceed Either Pro Se and/or to be Appointed as Co/Counsel" filed *pro se* on December 14, 2007. Since the filing of that motion, counsel has twice discussed this matter with Mr. Purkey and has received from him his further request that this motion be withdrawn and nullified. *See* Attachment.

The undersigned counsel thus requests that Mr. Purkey's *pro se* motion be withdrawn and that no action be taken on it..

Respectfully submitted,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044  (Phone)
(803) 765-1143  (Fax)
teresa@blumelaw.com
Co-counsel to Movant

Gary E. Brotherton, Esq.
601 W. Nifong Blvd., Ste. 1C
Columbia, Missouri  65203
(573) 875-1571  Phone
(573) 875-1572  Fax
GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant

By:    /s/  Gary E. Brotherton
       GARY E. BROTHERTON
       Co-counsel to Movant

Dated:    Columbia, MO
          December 20, 2007


CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF, and that a copy was mailed to Mr. Purkey.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated:    Columbia, MO
          December 20, 2007

## IN THE
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

WESLEY IRA PURKEY,                    )
                                      )
            Movant,                   )
                                      )
      v.                              )        No. 06-8001-CV-W-FJG
                                      )
UNITED STATES OF AMERICA,             )
                                      )
            Respondent.               )

## Motion to Withdraw
### Purkey's Recent *Pro Se* Motion to Remove Counsel

The undersigned Wesley Ira Purkey, an indigent death-sentenced inmate, hereby

moves to withdraw his *pro se* motion to relieve court-appointed counsel and to allow

Movant to proceed *pro se*. Said motion was submitted to the Court on or about

December 17, 2007. Movant requests that no action be taken on that filing.

Respectfully submitted,

Wesley I. Purkey, No. 14679-045
USP-Terre Haute
P.O. Box 33
Terre Haute, IN 47808

By: _____

Wesley I. Purkey
Movant