IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION


WESLEY I. PURKEY,

            Defendant/Petitioner,

vs.                                Case No. 06-08001-CV-W-FJG

UNITED STATES OF AMERICA,

            Respondent.

---

## THE DEFENDANT'S PRO SE MOTION TO WITHDRAW HABEAS PROCEEDINGS AND FOR THE DISTRICT COURT TO SET AN EXPEDIOUS EXECUTION DATE BECAUSE OF THE TORTUROUS CONDITION OF CONFINEMENT ON FEDERAL DEATH ROW

COMES NOW the Defendant Wesley I. Purkey, acting pro se does request the court to discontinue all habeas proceedings pending resolution before the court and for the court to expeditiously set him an execution date within thirty days granting this motion. In support of Wesley I. Purkey (hereafter "Purkey") request to stop all habeas proceedings and to have an expeditious execution date set he offers the following:

I. Because of the adverse conditions of Purkey confinement on the Special Confinement Unit ("SCU") which includes but is not limited to being subject to a camapign of retaliatory harassment which includes denying Purkey sleep for days at a time, and then denying him medical after he had suffered acute anxiety and physical exhaustion because of the enormous sleep deprivation. The ongoing torturous sleep deprivation has been thoroughly documented and redress sought through applicable administrative officials including the Warden, H. J. Marberry, <u>See Appendix (A)</u>, as well as through the Director of the Federal Bureau of Prisons, Mr. Harley G. Lappin. <u>See Appendix (B).</u> Warden Marberry has personally advised Purkey as recent as November 24th, 2009 that there truly is nothing that she can

1.

Case 4:06-cv-08001-FJG   Document 99   Filed 12/02/09   Page 1 of 7

do about Officer Hatfield's campaign of harassment causing Purkey extreme sleep deprivation night after night for over a month's period, because Officer Hatfield has assure her through the Special Investigation Unit that he is causing Purkey sleep deprivation for "security reasons." Hatfield on numerous occasions has taunted Purkey by telling him that he cannot wait until they kill him and that you are going to die. See Appendix (A) & (B). Because of the extreme sleep deprivation and constant harassment by Officer Hatfield and other staff members who Hatfield has recruited to participate in such calculated harassment Purkey has suffered serious physical deterioration at one point on November 21st, 2009 Purkey blacked out suffering excruciating chest pains. That after pressing his cell emergency alarm button at 3:30 a.m. just prior to blacking out he was left on his floor without medical aide until almost 5:30 a.m., whereas a nurse outside his cell door took his pulse. In other words he was denied medical treatment for the heart attack suffered from the extreme sleep deprivation that Officer Hatfield and Baker had subject him to throughout the night and the previous night(s) as well.

2. That since Purkey's transfer to the United States Penitentiary at Terre Haute, Indiana ("USP/TH") he has and continues to be denied dental treatment, with exception to emergency treatment. In fact as recent as November 23rd., 2009 he was advised by dental, Dr. Franco that due to the shortage of dental personnel that only emergency care is all that is really available. On this date after waiting over three years to receive minimum routine treatment and having different teeth in a state of dire deterioration, chiped and or decaying Dr. Franco provided dental treatment for one tooth. When Purkey asked Dr. Franco for a time table regarding the repair and treatment for the cracked and deterioriating teeth the dentist nurse reiterated several times to Purkey that rountine care is not being administered, that only emergency treatment only is. Becuase of the protracted and ongoing denial of dental care Purkey teeth continue to deteriorate causing different levels of pain, as well as an inability for him to properly chew his food.

3. Because of the utter denial of dental treatment and medical treatment as well other death row habeas attorneys, Roberty Bolden, Sr. has filed litigation seeking immediate redress and injunctive relief for their clients deteriorating physical and mental being. See Bolden v. H.J. Marberry, 09-CV-312-WTL-WGH (E.D. Indiana). Because Purkey's habeas attorneys have with perspicuity made clear that

2.

beyond a superficial level that they cannot intervene, nor will they intervene in the tortorous conditions of his confinement, thereby leaving Purkey with little option but to choose between a continuing existence of such torture or to chose to redress such conditions through withdraw of his habeas proceedings.

For the foregoing reasons Purkey request that the court withdraw all habeas proceedings pending and thereafter schedule an expeditious execution date of thirty (30) days, not delegating such execution scheduling to the Bureau of Prisons as under the applicable statutory provisions.

Dated: November 24th, 2009

RESPECTFULLY SUBMITTED,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Defendants/Pro Se

### Certificate Of Service

The undersigned Wesley I. Purkey does certify that he served a true and correct copy of the foregoing instrument on Kathleen D. Mahoney/Asst. U.S. Attorney via U.S. Mail, First Class Postage Prepaid and attached to: Charles Evans Whittaker Courthous, 400 East 9th Street, Room 5510, Kansas City, MO 64106 on this 24th day of November, 2009.

Wesley I. Purkey
Deponent

3.



**Legal Writes, LLC**

Gary E. Brotherton
Amy M. Bartholow
Attorneys & Counselors at Law
www.legalwritesllc.com

Stonebridge Office Park
601 W. Nifong Blvd., Building 1, Suite C
Columbia, Missouri 65203
Phone 573-875-1571 or 888-875-1571
Fax 573-875-1572

November 3, 2009

Ms. Helen J. Marberry, Warden
USP Terre Haute
4700 Bureau Road South
Terre Haute, IN 47801
FAX 812-244-4758

RE: Wesley Ira Purkey, No. 14679-045

Dear Ms. Marberry:

Mr. Purkey called me this morning about a matter that concerns me a good deal. He tells me he has filed grievances on this since the situation arose about three weeks ago. Indeed, he wrote to you directly about the matter on October 28, 2009.

About three weeks ago, C.O. Hatfield began working the 3rd shift on the SCU. There have been problems with Hatfield antagonizing Mr. Purkey in the past, and he wasted no time returning to his old habit. He stands at Mr. Purkey's door four and five times every night and shines his flashlight into Mr. Purkey's face until Mr. Purkey awakens. Once Mr. Purkey is awake, Hatfield taunts him with name-calling and other childish harassment. Recently, Hatfield commented, "you're gonna die" and "I can't wait for them to kill you." This is simply not something Mr. Purkey should be made to endure night after night after night. Yet, when he has raised the matter with Hatfield's superiors, he is rebuffed with comments that there is nothing that can or will be done about Hatfield.

This is a serious problem that must be addressed immediately. Waking numerous times in the night (even at a level unbeknownst to the sleeper as occurs with sleep apnea) can cause sleep deprivation just as being deprived of sleep for a sustained period of time can. New research is demonstrating that sleep deprivation *causes* mental illness and not simply be a side effect of mental illness.

1

Since there are cameras on the SCU recording events, I trust that the gist of Mr. Purkey's complaints can be easily confirmed.

Due to the harm that can come from sleep deprivation, I would appreciate an opportunity to speak with you or Ms. Doucette-Lunstrom about this very soon.

Thank you for your time and attention to this important matter.

Respectfully yours,

Gary E. Brotherton
Attorney & Counselor at Law


c     Mary Ellen Doucette-Lunstrom (812-238-3303)
      Teresa Norris
      Wesley I. Purkey

2



**Legal Writes, LLC**

Gary E. Brotherton
Amy M. Bartholow
Attorneys & Counselors at Law
www.legalwritesllc.com

Stonebridge Office Park
601 W. Nifong Blvd., Building 1, Suite C
Columbia, Missouri 65203
Phone 573-875-1571 or 888-875-1571
Fax 573-875-1572

November 14, 2009

Director Harley G. Lappin
Bureau of Prisons, Central Office
320 First St., NW
Washington, DC 20534

Re: Wesley Ira Purkey, BOP #14679-045

Dear Mr. Lappin:

It has been nearly seven weeks since I wrote you on September 28, 2009 about "the total lack of discipline and professionalism among the guards on the Special Confinement Unit (SCU) at USP-Terre Haute." If anything, circumstances have deteriorated.

A couple of weeks after I wrote to you, USP-TH reassigned C.O. Hatfield to the SCU. He works the third shift, and he immediately began a campaign of antagonism and torment against Mr. Purkey. Mr. Purkey has filed numerous grievances and has spoken with everyone from Hatfield's supervisor, to the SCU Counselor, to the Warden. On November 3, 2009, I wrote to Warden Marberry to alert her to the situation, writing:

> About three weeks ago, C.O. Hatfield began working the 3rd shift on the SCU. There have been problems with Hatfield antagonizing Mr. Purkey in the past, and he wasted no time returning to his old habit. He stands at Mr. Purkey's door four and five times every night and shines his flashlight into Mr. Purkey's face until Mr. Purkey awakens. Once Mr. Purkey is awake, Hatfield taunts him with name-calling and other childish harassment. Recently, Hatfield commented, "you're gonna die" and "I can't wait for them to kill you." This is simply not something Mr. Purkey should be made to endure night after night after night. Yet, when he has raised the matter with Hatfield's superiors, he is rebuffed with comments that there is nothing that can or will be done about Hatfield.

1

This is a serious problem that must be addressed immediately. Waking numerous times in the night (even at a level unbeknownst to the sleeper as occurs with sleep apnea) can cause sleep deprivation just as being deprived of sleep for a sustained period of time can. New research is demonstrating that sleep deprivation *causes* mental illness and not simply be a side effect of mental illness.

In response to my November 3, 2009, letter, the Warden sent a woman from mental health to Mr. Purkey's cell. That employee seemed to mock the situation, telling Mr. Purkey, "it seems your attorney doesn't' thing you're getting enough sleep." This was not my concern at all, except to the extent that the misconduct of CO Hatfield is depriving Mr. Purkey of sleep. Indeed, I have made that concern very clear in a couple of phone conversations with the Legal Department at USP-TH.

Yesterday, i.e., Friday, November 13, 2009, I had a legal call with Mr. Purkey. He related that Hatfield's campaign continues unabated and that it is impossible for Mr. Purkey to sleep except on the nights that Hatfield does not work. As I noted in my November 3, 2009, letter to Warden Marberry, "Since there are cameras on the SCU recording events, I trust that the gist of Mr. Purkey's complaints can be easily confirmed."

Our efforts to remedy this through communications with and grievances at USP-TH have been wholly ignored. Nothing has changed – except that Hatfield seems all the more emboldened to continue his harassment. Unfortunately, Mr. Purkey is a captive audience for CO Hatfield's unprofessional and debilitating taunting; he has no means of getting away from it. Hatfield should be reassigned out of the SCU.

Thank you in advance for your time and attention to this critical matter. I look forward to your prompt reply.

Respectfully yours,

Gary E. Brotherton
Attorney & Counselor at Law

c   Warden Helen J. Marberry
Mary Ellen Doucette-Lunstrom
Teresa Norris
Wesley I. Purkey