# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

WESLEY IRA PURKEY,    )
     Movant,   )
          )
 v.       )   No. 06-8001-CV-W-FJG
          )
UNITED STATES OF AMERICA, )
     Respondent.  )

### Motion to Dismiss Purkey's *Pro Se* Motion to Withdraw *Habeas* Proceedings and to Set an Expeditious Execution Date

COMES NOW Wesley I. Purkey, movant, through Teresa L. Norris, Esquire, and Gary E. Brotherton, Esquire, appointed counsel, and moves this Court to dismiss his *pro se* motion to withdraw *habeas* proceedings and to set an expeditious execution date. The grounds for this motion are set forth in the following numbered paragraphs:

1. Since July 2009, Counsel Brotherton has been trying to help Mr. Purkey address copious issues of harassment, retaliation and torment at USP-Terre Haute.

 a. Counsel has written ten letters to the warden, Helen Marberry, talked with Mary Ellen Doucette-Lunstrum in the legal department several times and written to BOP Director Harley Lappin twice. These efforts have largely been unsuccessful.

 b. Mr. Purkey suffers from "severe chronic mental disease" that has gone unmedicated since he arrived at USP-Terre Haute (Doc. 44, Ex. 2).

1

Counsel voiced concern with Warden Marberry and Attorney Doucette-Lunstrum that the harassment, retaliation and torment were well-designed to elicit psychiatric issues that would bring us to this point. Still, nothing has been done at USP-Terre Haute to address the concerns outlined in Mr. Purkey's *pro se* motion.

2. On December 2, 2009, Counsel Brotherton received a copy of the *pro se* motion now before this Court.

3. On December 7, 2009, Counsel Brotherton spoke by phone with Mr. Purkey, as he requested.

    a. Mr. Purkey informed counsel that he has been informed that the officer directly involved in the issues addressed in the pro se motion will be leaving the Special Confinement Unit at USP-Terre Haute on December 20, 2009.

    c. Mr. Purkey instructed Counsel Brotherton to notify the Court that he does not want to dismiss this action or have an execution date set. He also instructed counsel to proceed with the filing of our reply to the Government's response to our Rule 59 motion, which is due December 14, 2009.

Case 4:06-cv-08001-FJG   Document 100   Filed 12/07/09   Page 2 of 3

4. For all the reasons set forth above, counsel respectfully requests that this Court dismiss Mr. Purkey's *pro se* motion to (a) withdraw *habeas* proceedings and (b) set an expeditious execution date as moot.

Respectfully submitted,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044  (Phone)
(803) 765-1143  (Fax)
teresa@blumelaw.com
Co-counsel to Movant

Gary E. Brotherton, Esq.
601 W. Nifong Blvd., Ste. 1C
Columbia, Missouri  65203
(573) 875-1571  Phone
(573) 875-1572  Fax
GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant

By:    /s/  Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Movant

## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated:    Columbia, MO
             December 7, 2009

3