**IN THE**
**UNITED STATES COURT of APPEALS**
**EIGHTH CIRCUIT**

No. 10-3462

WESLEY IRA PURKEY,
Appellant,
v.
UNITED STATES OF AMERICA,
Appellee.

**MOTION TO WITHDRAW APPELLANT'S *PRO SE* MOTIONS TO**
**REMOVE COUNSEL, PROCEED *PRO SE* AND DISMISS HIS APPEAL**

COMES NOW the undersigned court-appointed counsel for Mr. Purkey, *with his express consent*, and request that his pro se motions be withdrawn and that the briefing schedule be reinstated.

Specifically, Mr. Purkey filed a "Motion to Withdraw Appeals" on August 10, 2011. On August 22, 2011, he filed a "Motion to Withdraw Counsel To Proceed Pro Se In These Appellate Proceedings and To Withdraw Appellate Proceedings." As ordered by this Court, the undersigned counsel filed a response on September 9, 2011. The government filed a response on September 16, 2011.

The undersigned counsel spoke to Mr. Purkey by telephone this date and obtained his express permission to request that his pro se motions be withdrawn and that the briefing schedule be reinstated. In order to allow sufficient time to complete the briefing and to allow Mr. Purkey to review and communicate with counsel concerning the briefing, counsel request that Appellant's brief be ordered to be filed 45 days from this date. No further extension requests are anticipated.

1

## Conclusion

Wherefore, undersigned counsel respectfully request that the pro se motions be dismissed as moot and the briefing schedule be reinstated with Appellant's brief due 45 days from today's date.

Respectfully submitted,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044  (Phone)
(803) 765-1143  (Fax)
teresa@blumelaw.com
Co-counsel to Appellant

Gary E. Brotherton, Esq.
601 W. Nifong Blvd., Ste. 1C
Columbia, Missouri  65203
(573) 875-1571  Phone
(573) 875-1572  Fax
GEBrotherton@LegalWritesLLC.com
Co-counsel to Appellant

By:    /s/  Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Appellant

## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated: Columbia, MO
September 20, 2011