# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-3462

Wesley Ira Purkey

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:06-cv-08001-FJG)
_____

## ORDER

Appellant's motion to withdraw the previously-filed motions to dismiss, for appointment

of new counsel, and to proceed pro se is granted, and the appeal will proceed with appellant's

appointed counsel. Appellant's request for an extension of time is granted to November 14, 2011.


September 29, 2011


Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans