November 29, 2011

**CJA Form Letter Check List**

Case Number/Title:          10-3462  Wesley Purkey v. United States

PANEL:

SUBMISSION DATE:

AUTHOR:

CASE TYPE:          **Death Penalty - Federal habeas, us**

OPINION:

MANDATE ISSUED:

JUDGMENT:

ATTORNEY NAME:          **Gary E. Brotherton**

CITY & STATE:          **Columbia,  MO.**

LETTER TYPE:

| | | | |
|---|---|---|---|
| NORMAPP.LTR | _____ | NTAUNRAP.LTR | _____ |
| EXAPP.LTR | _____ | NTAUEXAP.LTR | _____ |
| NOAGNRAP.LTR | _____ | DEATHPEN.LTR | _____ |
| NOAGEXAP.LTR | _____ | INTERIM.LTR | _____ |
| | | TRAVEXP.LTR | _____ |

VOUCHER #          10346201

COMPENSATION          _____

EXPENSES          _____

TOTAL          _____

ATTACHMENTS:          J-STMNT  _____          OOC MEMO _____

EXP. ITEM _____          RECPTS.          _____

STAT. LIMIT _____

NOTES: