December 12, 2011

**CJA Form Letter Check List**

Case Number/Title:          10-3462  Wesley Purkey v. United States

PANEL:                      **KEB,  MJM,  SMC** x ad panel

SUBMISSION DATE:            **September 12, 2011**

AUTHOR:                     KEB is lead

CASE TYPE:                  **Death Penalty - Federal habeas, us** x mow

OPINION:

MANDATE ISSUED:

JUDGMENT:

ATTORNEY NAME:              **Teresa L. Norris** x

CITY & STATE:              **Columbia,  SC.** x

LETTER TYPE:

| | | | |
|---|---|---|---|
| NORMAPP.LTR | _____ | NTAUNRAP.LTR | _____ |
| EXAPP.LTR | _____ | NTAUEXAP.LTR | _____ |
| NOAGNRAP.LTR | _____ | DEATHPEN.LTR | _____ |
| NOAGEXAP.LTR | _____ | INTERIM.LTR | _____ |
| | | TRAVEXP.LTR | _____ |

VOUCHER #          10346202

COMPENSATION    _____

EXPENSES        _____

TOTAL           _____

ATTACHMENTS:       J-STMNT _____          OOC MEMO _____

                   EXP. ITEM _____        RECPTS.        _____

STAT. LIMIT _____

NOTES: