# United States Court of Appeals

*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329

**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

December 16, 2011

Ms. Kathleen D. Mahoney
U.S. ATTORNEY'S OFFICE
400 E. Ninth Street
5510 Charles Evans Whittaker Courthouse
Kansas City, MO 64106-2149

    RE: 10-3462 Wesley Purkey v. United States

Dear Counsel:

    Your motion to strike has been filed and will be referred to the court. Until the court has rendered a decision on the motion, the briefing schedule will be suspended. You will be advised when a revised briefing schedule is established.

                  Michael E. Gans
                  Clerk of Court

MDS

cc:    Mr. Gary E. Brotherton I
       Mr. David M. Ketchmark
       Ms. Teresa L. Norris
       Mr. Wesley Ira Purkey

       District Court/Agency Case Number(s): 4:06-cv-08001-FJG