**IN THE**
**UNITED STATES COURT of APPEALS**
**EIGHTH CIRCUIT**

No. 10-3462

WESLEY IRA PURKEY,
Appellant,

v.

UNITED STATES OF AMERICA,
Appellee.

---

**MOTION TO EXTEND TIME TO FILE APPELLANT'S RESPONSE TO THE GOVERNMENT'S MOTION TO STRIKE**

---

COMES NOW Appellant, Wesley Ira Purkey, by his undersigned counsel, and pursuant to Federal Rules of Appellate Procedure 27(a)(3)(A), respectfully requests that this Court grant him and counsel an extension of time of thirty (30) days, to and including January 22, 2012, within which to respond to the Government's motion to strike portions of Appellant's Brief. Mr. Purkey requests this extension of time for the following reasons:

1.     The Government filed its motion to strike certain portions of Appellant's Brief on the afternoon of December 15, 2011, making Mr. Purkey's response due by December 23, 2011. FRAP 27(a)(3)(A). The Government requests that this Court not take this motion with the case, thus, a thorough response now is essential to Mr. Purkey's appeal.

2.     Between now and the December 23, 2011, deadline, Counsel Brotherton and

Counsel Norris each have other deadlines already on their calendars: Counsel Brotherton has a brief due in the Missouri Court of Appeals, Eastern District, on December 23, 2011; and Counsel Norris has a reply due in the Eastern District of Texas on December 20, 2011, and a petition due in the Mississippi Supreme Court on December 22, 2011.

3.	Further, as this Court is well-aware, Mr. Purkey takes an active role in his case, and counsel must be able to consult with him in preparing his response. Thirty days are necessary so that counsel may consult with Mr. Purkey both by phone and correspondence.

4.	Per Assistant U.S. Attorney Kathleen Mahoney, the United States does not object to this request.

5.	Wherefore, Appellant Wesley Ira Purkey respectfully moves the Court to extend the time for filing his response to the Government's motion to strike by thirty (30) days until January 22, 2012.

Respectfully submitted,

| | |
|---|---|
| Teresa L. Norris, Esq. | Gary E. Brotherton, Esq. |
| P.O. Box 11744 | 601 W. Nifong Blvd., Ste. 1C |
| Columbia, SC 29211 | Columbia, Missouri 65203 |
| (803) 765-1044 (Phone) | (573) 875-1571 Phone |
| (803) 765-1143 (Fax) | (573) 875-1572 Fax |
| teresa@blumelaw.com | GEBrotherton@LegalWritesLLC.com |
| Co-counsel to Appellant | Co-counsel to Appellant |

By:	/s/ Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Appellant

<u>CERTIFICATE OF SERVICE</u>

   This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

         <u>/s/ Gary E. Brotherton  </u>
         Gary E. Brotherton

<u>Dated</u>:   Columbia, MO
      December 16, 2011