CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE 08C | 2. PERSON REPRESENTED PURKEY, WESLEY I. | | VOUCHER NUMBER 1034620 2 |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 4:06-008001-001 | 5. APPEALS DKT./DEF. NUMBER X:10-003462-001 | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) U.S. v. Purkey | 8. TYPE PERSON REPRESENTED Appellant | | 9. REPRESENTATION TYPE Capital Habeas Corpus |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

**FILED**
**DEC 28 2011**
**MICHAEL E. GANS**
**CLERK OF COURT**

11. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS

NORRIS, TERESA L.
Blume, Weyble and Norris LLC
P.O. Box 11744
Columbia SC 29211

Telephone Number: _____

12. COURT ORDER
☒ O Appointing Counsel  ☐ C Co-Counsel
☐ F Subs For Federal Defender  ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney  ☐ Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications required by law, is appointed to represent this person in this case.

(B) The attorney named in Item 11 is appointed to serve as: ☐ LEAD COUNSEL ☐ CO-COUNSEL

Name of Co-Counsel or Lead Counsel: _____
Appointment Date: _____

13. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

BLUME, WEYBLE AND NORRIS LLC
P.O. Box 11744
Columbia SC 29211

(C) If you represented the defendant in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g. lead counsel or co-counsel).

☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time for such a period ... expenses are approved pursuant to the atto...

Signature of Presiding Judicial Officer ...
03/24/2010          3 24 10
Date of Order          Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

14. STAGE OF PROCEEDING
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. ☐ Pre-Trial  e. ☒ Appeal
b. ☐ Trial  f. ☐ Petition for the U.S. Supreme Court
c. ☐ Sentencing  g. ☐ Writ of Certiorari
d. ☐ Other Post Trial

HABEAS CORPUS
a. ☐ Habeas Petition
b. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal
k. ☐ Petition for the U.S. Supreme Court / Writ of Certiorari

OTHER PROCEEDING
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other

| 15. CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (Rate per Hour = $ 170 ) | | | | IN COURT TOTAL (Category a) | IN COURT TOTAL (Category a) |
| b. Interviews and Conferences with Client | 30.60 | | | | |
| c. Witness Interviews | | | | | |
| d. Consultation with Investigators and Experts | | | | | |
| e. Obtaining and Reviewing the Court Record | 1.60 | | | | |
| f. Obtaining and Reviewing Documents and Evidence | | | | OUT OF COURT TOTAL (Categories b - j) | OUT OF COURT TOTAL (Categories b - j) |
| g. Consulting with Expert Counsel | 2.90 | | | | |
| h. Legal Research and Writing | 93.90 | | | | |
| i. Travel | 8.50 | | | 27,928.20 | |
| j. Other (Specify on additional sheets) | 14.40 | | | | |
| Totals: Categories b thru j (Rate per hour = $ 178 ) | 178 | 26,693.00 | 156.9 | | |
| 16. Travel Expenses (lodging, parking, meals, mileage, etc.) | | 551.17 | | 551.17 | |
| 17. Other Expenses (other than expert, transcripts, etc.) | | 35.17 | | 35.42 | |
| | | 27,254.54 | | 28,514.79 | |

18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM Nov 4, 2010 TO Nov 30, 2011

19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

20. CASE DISPOSITION

21. CLAIM STATUS ☐ Final Payment  ☒ Interim Payment Number ___  ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☒ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES ☒ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____  Date: 12/6/11

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. $27,928.20 | 24. TRAVEL EXPENSES 0 | 25. OTHER EXPENSES $35.42 | 26. TOTAL AMT. APPROVED $27,963.62 |
|---|---|---|---|---|
| 27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE 12/19/11 | 27a. JUDGE CODE - 819 |