## IN THE
## UNITED STATES COURT of APPEALS
## EIGHTH CIRCUIT

No. 10-3462

WESLEY IRA PURKEY,
Appellant,

v.

UNITED STATES OF AMERICA,
Appellee.

_____

**SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE
APPELLANT'S RESPONSE TO THE GOVERNMENT'S MOTION TO STRIKE**

_____

COMES NOW Appellant, Wesley Ira Purkey, by his undersigned counsel, and pursuant to Federal Rules of Appellate Procedure 27(a)(3)(A), respectfully requests that this Court grant him and counsel an extension of time of thirty (30) days, to and including February 12, 2012, within which to respond to the Government's motion to strike portions of Appellant's Brief. Mr. Purkey requests this extension of time for the following reasons:

1. The Government filed its motion to strike certain portions of Appellant's Brief on the afternoon of December 15, 2011, making Mr. Purkey's response due by December 23, 2011. FRAP 27(a)(3)(A). This Court, however, previously granted an

extension until January 13, 2012.

2.      The Government has asked that this Court not take this motion with the case, making its motion potentially dispositive on a critical portion of Mr. Purkey's appeal.

3.      Since the Government unexpectedly filed its motion, undersigned counsels' calendars have been crowded with other obligations.  For example:

a.      Counsel Brotherton has filed a motion for new trial, an application for transfer to the Missouri Supreme Court; appeared for a motion hearing; participated in a two day team meeting in another capital 2255 action.  Counsel Brotherton has further been working on this reply as well as a traverse in a capital 2254 case in the Eastern District of Arkansas, which are currently due January 12th and 13th respectively.

b.      Counsel Norris has filed a Petition for Post-Conviction relief in a capital proceeding in the Mississippi Supreme Court and filed post-hearing briefing in a South Carolina Capital Post-Conviction proceeding.  She is this date finalizing for filing a Petition for Post-Conviction relief in a separate capital proceedings in the Mississippi Supreme Court and a Motion to Stay and Abey Federal Habeas Proceedings in that matter for filing in the United States District Court for the Southern District of Mississippi.  Tomorrow she will be filing a reply to the Brief In Opposition to a Petition for Writ of Certiorari in the United States Supreme Court in proceedings related to a South Carolina capital post-conviction proceeding.

4. Further, in the coming month, counsel have the following obligations:

a. Counsel Brotherton has a motion hearing, two briefs and three team meetings; however, he reasonably anticipates having the time necessary to complete Mr. Purkey's reply by February 12, 2012.

b. Counsel Norris has a reply due January 19 in capital federal habeas proceedings in the United States District Court for the Eastern District of Texas and briefing due on January 30 in a federal capital direct appeal in the United States Court of Appeals for the Fourth Circuit; however, she reasonably anticipates having the time necessary to complete Mr. Purkey's reply by February 12, 2012.

5. Importantly, as this Court is well-aware, Mr. Purkey takes an active role in his case, and counsel must be able to consult with him in preparing his response. With the holidays and other issues, consultations have been difficult to achieve. It is essential that counsel have this additional thirty days to consult with Mr. Purkey. Counsel Brotherton is trying to schedule a trip to Terre Haute the last week of January or first week of February to better facilitate a final reply.

6. Per Assistant U.S. Attorney Kathleen Mahoney, the United States does not object to this request.

7. Wherefore, Appellant Wesley Ira Purkey respectfully moves the Court to extend the time for filing his response to the Government's motion to strike by thirty (30) days until February 12, 2012.

Respectfully submitted,

| | |
|---|---|
| Teresa L. Norris, Esq. | Gary E. Brotherton, Esq. |
| 900 Elmwood Ave., Ste. 101 | 601 W. Nifong Blvd., Ste. 1C |
| Columbia, SC 29201 | Columbia, Missouri 65203 |
| (803) 765-1044 (Phone) | (573) 875-1571 Phone |
| (803) 765-1143 (Fax) | (573) 875-1572 Fax |
| teresa@blumelaw.com | GEBrotherton@LegalWritesLLC.com |
| Co-counsel to Appellant | Co-counsel to Appellant |

By:     /s/  Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Appellant


## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.


/s/ Gary E. Brotherton
Gary E. Brotherton


Dated:          Columbia, MO
               January 10, 2012