# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-3462

Wesley Ira Purkey

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:06-cv-08001-FJG)
_____

## ORDER

The government's motion to strike a portion of appellant's brief on the ground that two of the issues raised in the brief are beyond the scope of the certificate of appealability shall be taken with the case for consideration by the panel to which the case is assigned for disposition on the merits. The United States is directed to brief the two issues it has moved to strike, and the brief is due March 5, 2012.

February 02, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans