# IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

WESLEY IRA PURKEY, )
)
        Appellant, )
)
        v. )    No. 10-3462
)
UNITED STATES OF AMERICA, )
)
        Appellee. )

## APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The United States of America, by undersigned counsel, requests a two-week

extension of time to file its brief in the above appeal.

Appellee's brief is currently due March 5, 2012. The Government must respond to

eight issues raised by appellant, regarding the denial of Purkey's 28 U.S.C. § 2255 motion

seeking to set aside his death sentence. This is the Government's first request for an

extension of time. Purkey's counsel has no objection to an extension of time. The United

States respectfully requests a two-week extension, so that it be allowed to file its brief by

March 19, 2012.

Respectfully submitted,

BETH PHILLIPS
United States Attorney

By    */s/ Kathleen D. Mahoney*

KATHLEEN D. MAHONEY
Assistant United States Attorney

*/s/ David Ketchmark*

DAVID KETCHMARK
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri  64106
Telephone: (816) 426-3122

*Attorneys for Appellee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 2, 2012, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

*/s/ Kathleen D. Mahoney*
Kathleen D. Mahoney
Assistant United States Attorney