**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | |
|---|---|
| **WESLEY IRA PURKEY,** | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) No. 10-3462 |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Appellee. | ) |

## GOVERNMENT'S MOTION TO FILE OVERLENGTH BRIEF

The appellee, the United States of America, requests an order allowing the Government to file an overlength brief in this case of 22,000 words. The Government offers the following suggestions in support of this motion:

1.      This is an appeal of the denial of Purkey's 28 U.S.C. § 2255 motion seeking to vacate, set aside or correct his death sentence. This Court granted Purkey a certificate of appealability on six issues. Purkey has appealed eight issues. The Government moved to strike the two issues Purkey appealed for which he did not have a certificate of appealability; this Court ordered that motion to be taken with the brief and for the Government to brief the additional two issues.

2.      Appellant Purkey sought an order from this Court allowing him to file an overlength brief of 40,000 words; this Court granted the motion in part, allowing Purkey to file a brief of 35,000 words. The actual word count of Purkey's brief is 32,003 words.

3. The Government's brief encompasses an extensive discussion of the penalty phase of Purkey's trial, plus eight legal issues, some of which have multiple sub-parts. A draft Government brief is approximately 22,000 words long.

WHEREFORE, for the foregoing reasons, the Government respectfully requests an order from this Court allowing the Government to file an overlength brief of 22,000 words or less.

Respectfully submitted,

BETH PHILLIPS
United States Attorney

By    /s/ Kathleen D. Mahoney

KATHLEEN D. MAHONEY
Assistant United States Attorney

/s/ David Ketchmark

DAVID KETCHMARK
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Appellee*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 2, 2012, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

*/s/ Kathleen D. Mahoney*
Kathleen D. Mahoney
Assistant United States Attorney