# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-3462

Wesley Ira Purkey

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:06-cv-08001-FJG)
_____

## ORDER

The government's motion to file a brief in excess of limits set forth in FRAP Rule

32(a)(A) and (B) is granted, and the government may file a brief not to exceed 22,000 words.

The government's motion for extension of time to file the brief is granted, and

government may have until March 19, 2012 to file the brief.

March 05, 2012

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans