# IN THE
## UNITED STATES COURT of APPEALS
## EIGHTH CIRCUIT

No. 10-3462

WESLEY IRA PURKEY,
Appellant,

v.

UNITED STATES OF AMERICA,
Appellee.

---

### UNOPPOSED MOTION TO EXTEND TIME TO FILE
### APPELLANT'S REPLY BRIEF

---

COMES NOW Appellant, Wesley Ira Purkey, by his undersigned counsel, and pursuant to Federal Rules of Appellate Procedure 26(b) and 31(a)(1), respectfully requests that this Court grant him and counsel an extension of time of thirty (30) days, to and including May 3, 2012, within which to file Appellant's Reply Brief. Mr. Purkey requests this extension of time for the following reasons:

1. The Government submitted its response brief on March 19, 2012, and this Court filed it on March 20, 2012.

2. Appellant's Reply Brief is currently due on April 3, 2012; however, it is impossible for counsel to complete and file the reply within this time.

3. This motion is made for good cause:

a.      On March 15th, Mr. Purkey filed a *pro se* motion to hold his appeal in abeyance due to unreasonable conditions at USP-Terre Haute which are greatly hindering his ability to participate in his case.  Those conditions have not lessened.  Although this Court overruled Mr. Purkey's *pro se* motion, it noted that it was doing so "without prejudice to appellant's counsel's ability to seek extensions of time to file the reply brief in the matter."  As Mr. Purkey desires to be heavily involved in reviewing drafts of his pleadings and consulting with counsel additional time is required as communications are limited to U.S. mail and telephone calls, both of which are delayed by the required cooperation of staff at USP-Terre Haute.

b.      Counsel Brotherton's law partner resigned from their practice effective March 1st and returned to the Missouri State Public Defender.  This has left Counsel Brotherton with an extremely heavy caseload for the short term as he pares it down from a caseload for two attorneys to a caseload for one.  Further, Counsel Brotherton:

i.      was out of the office all day on March 21st, and has had multiple filings to complete through and including March 23rd.

ii.      has to be out of the office investigating two other federal cases on March 29-30;

iii.     has three post-conviction pleadings to file by April 20th;

iv.     has an appellate brief to file on April 23rd; and

v.     has an evidentiary hearing on April 23rd.

b.     Counsel Norris:

i.     has a client who will receive an execution date this week for whom a motion for stay of execution and other pleadings related to initial federal habeas corpus proceedings must be prepared.

6.     Per Assistant U.S. Attorney Kathleen Mahoney, the United States does not object to this request.

7.     Wherefore, Appellant Wesley Ira Purkey respectfully moves the Court to extend the time for filing his response to the Government's motion to strike by thirty (30) days until February 12, 2012.

Respectfully submitted,

| Teresa L. Norris, Esq. | Gary E. Brotherton, Esq. |
|---|---|
| 900 Elmwood Ave., Ste. 101 | 601 W. Nifong Blvd., Ste. 1C |
| Columbia, SC 29201 | Columbia, Missouri  65203 |
| (803) 765-1044  (Phone) | (573) 875-1571  Phone |
| (803) 765-1143  (Fax) | (573) 875-1572  Fax |
| teresa@blumelaw.com | GEBrotherton@LegalWritesLLC.com |
| Co-counsel to Appellant | Co-counsel to Appellant |

By:     /s/  Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Appellant

## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

<u>Dated</u>: Columbia, MO
March 26, 2012