

March 29, 2012

The Honorable Michael E. Gans, Clerk
United States Court of Appeals, 8th Circuit
111 S.10th Street, Room 24.329
St. Louis, MO 63102

   RE: *Wesley Ira Purkey v. United States*, No. 10-3462

Dear Mr. Gans:

Teresa Norris and I have reviewed the Court's argument calendar provided to us today. Of the dates provided, we could be available either May 14-18, or June 11-15.

The May dates, however, could present some difficulty. As you are aware, Mr. Purkey has in recent weeks filed a pro se motion asking for an abeyance, due to interference with his communications with counsel. Mr. Purkey is very active in his involvement with counsel and his desire to participate with counsel in research and preparations. Mr. Purkey's reply brief is currently due May 3, 2012. Based upon recent conversations with Mr. Purkey, counsel anticipate that additional time will have to be requested in order to provide Mr. Purkey sufficient time to participate to his satisfaction in the preparation of his reply. For this reason, we believe that a date on the Court's June argument calendar would be more manageable.

Thank you in advance for your time and consideration.

        Respectfully submitted,

Teresa L. Norris, Esq.     Gary E. Brotherton, Esq.
900 Elmwood Ave., Ste. 101   601 W. Nifong Blvd., Ste. 1C
Columbia, SC 29201     Columbia, Missouri 65203
(803) 765-1044 (Phone)    (573) 875-1571 Phone
(803) 765-1143 (Fax)     (573) 875-1572 Fax
teresa@blumelaw.com     GEBrotherton@LegalWritesLLC.com
Co-counsel to Appellant    Co-counsel to Appellant

Ph 573-875-1571 www.LegalWritesLLC.com
Toll Free 888-875-1571 Stone Bridge Office Park
   601 W. Nifong Blvd., Bldg. 1, Ste. C
Fax 573-875-1572 Columbia, MO 65203-6804

Rollin G. Thompson II, Investigator
Patricia Kardon, Paralegal

By:     /s/ Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Appellant


## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.


/s/ Gary E. Brotherton
Gary E. Brotherton

Dated:      Columbia, MO
            March 29, 2012