**Eighth Circuit Court of Appeals**

**PRO SE Notice of Docket Activity**

The following was filed on 04/05/2012

**Case Name:**    Wesley Purkey v. United States
**Case Number:**  10-3462

**Docket Text:**
MOTION for stay, filed by Appellant Mr. Wesley Ira Purkey w/service 04/05/2012 by USCA-8.
[3898267] [10-3462]

**The following document(s) are associated with this transaction:**
Document Description:  motion filed

**Notice will be mailed to:**

Mr. Wesley Ira Purkey
U.S. PENITENTIARY
14679-045
P.O. Box 33
Terre Haute, IN  47808-0033

**Notice will be electronically mailed to:**

Mr. Gary E. Brotherton I: gebrotherton@legalwritesllc.com, garyebrotherton@aol.com
Mr. David M. Ketchmark: David.Ketchmark@usdoj.gov,
usamow.Appellate@usdoj.gov,usamow.ecfGeneralCrimes@usdoj.gov
Ms. Kathleen D. Mahoney: Kate.Mahoney@usdoj.gov,
usamow.Appellate@usdoj.gov,usamow.ecfGeneralCrimes@usdoj.gov
Ms. Teresa L. Norris: teresa@blumelaw.com