# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-3462

Wesley Ira Purkey

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:06-cv-08001-FJG)
_____

## ORDER

Appellant's motion to proceed pro se is hereby ordered taken with the case for

consideration by the panel to which this case is submitted for disposition on the merits.

June 07, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans