**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**NO.  10-3462**

**WESLEY IRA PURKEY,**
**Appellant,**

**v.**

**UNITED STATES,**
**Appellee.**

*On Appeal from the United States District Court*
*for the Western District of Missouri*
*The Honorable Fernando J. Gaitan, Jr., Chief Judge*

---

**MOTION TO AMEND TRAVEL AUTHORIZATION**
**FOR COURT-APPOINTED COUNSEL TERESA L. NORRIS**

---

The undersigned court-appointed counsel respectfully requests that the travel authorization issued on August 20, 2012, be amended in order to allow counsel to visit Wesley Ira Purkey, the Appellant, in Terre Haute, Indiana, prior to proceeding to St. Louis for oral argument in this case on September 20, 2012.

1.        Mr. Purkey is currently under a sentence of death and is confined at USP-Terre Haute.  The appeal pending before this Court is from the denial of relief under 28 U.S.C. § 2255.  Oral argument is scheduled for September 20, 2012, and this Court previously issued travel authorization permitting counsel to travel from her home in South Carolina for the argument.

1

2. Mr. Purkey at all times requests to be fully involved in case preparations to include briefing and argument. At times, communications have broken down because of Mr. Purkey's dissatisfaction with counsel's communications and decisions.

3. There is currently pending a pro se motion filed by Mr. Purkey on May 16, 2012, which requested that this Court relieve appointed counsel and allow Mr. Purkey to proceed pro se. On June 7, 2012, this Court ordered that "Appellant's motion to proceed pro se is hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits."

4. Ms. Norris has been in communication with Mr. Purkey since that time. Mr. Purkey informed Ms. Norris in a phone call on September 10, 2012, that he would like to discuss in detail the oral argument, which Ms. Norris will present to the Court. In addition, Mr. Purkey informed Ms. Norris that he intends to amend his pro se motion asking that Mr. Brotherton be relieved and substitute counsel appointed, but that he no longer requests that Ms. Norris be relieved.

5. While counsel have been able to correspond with Mr. Purkey and arrange legal phone calls with him, the undersigned counsel does request that this Court amend the travel authorization to allow counsel to fly from Columbia, South Carolina, to Indianapolis, IN, on September 17; then proceed by rental car to Terre

Haute, IN, to visit Mr. Purkey on September 18. Counsel would then fly from Indianapolis, IN, to St. Louis for case preparations and consultation with co-counsel and expert consultants on September 19, oral argument before this Court on September 20, and then return flight to Columbia, SC.

## Conclusion

For the reasons set forth above, the undersigned counsel requests that this Court amend the travel authorization to also allow counsel to visit Mr. Purkey in Terre Haute, IN, as outlined above.

Respectfully submitted,

Teresa L. Norris, Esq.
Blume Norris & Franklin-Best, LLC
900 Elmwood Avenue, Ste. 101
Columbia, SC 29201
(803) 765-1044  (Phone)
(803) 765-1143  (Fax)
teresa@blumelaw.com
Co-counsel to Movant

/s/ Teresa L. Norris
Teresa L. Norris
 Counsel for Appellant

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on September 11, 2012, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Teresa L. Norris
Teresa L. Norris