# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-3462

Wesley Ira Purkey

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:06-cv-08001-FJG)
_____

## ORDER

Capital counsel Teresa Norris's motion to amend her current travel authorization for a

client visit prior to oral argument has been considered by the court and is granted. Counsel may

travel to Indianapolis, Indiana on September 17, 2012, travel to St. Louis, Missouri, on

September 18, 2012, and return to Columbia, South Carolina on September 20, 2012.

September 14, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans