**IN THE**
**UNITED STATES COURT of APPEALS**
**EIGHTH CIRCUIT**

No. 10-3462

WESLEY IRA PURKEY,
Appellant,
v.
UNITED STATES OF AMERICA,
Appellee.

### Motion to Amend Appellant's Pro Se Motion
### Filed May 16, 2012

Appellant, Wesley I Purkey, hereby requests to amend his pro se motion filed May 16, 2012, which is still pending before this Court. Specifically, Appellant withdraws the request to relieve both counsel and to proceed pro se. Appellant DOES NOT desire to have Teresa L. Norris relieved as counsel. Appellant does, however, continue in his request that Gary E. Brotherton be relieved as counsel and requests that qualified counsel be appointed in his stead.

Respectfully submitted,

_____
Wesley I. Purkey

Date 9/18/12

## CERTIFICATE OF SERVICE

This will certify that, on today's date, this pro se motion was served upon the United States by appointed counsel filing via CM/ECF.

/s/ Teresa L. Norris

Dated:      September 24, 2012