October 09, 2012

**CJA Form Letter Check List**

Case Number/Title:     10-3462  Wesley Purkey v. United States

PANEL:     **KEB,  RWG,  BES** x

SUBMISSION DATE:     **September 20, 2012** arg

AUTHOR:

CASE TYPE:     **Death Penalty - Federal habeas, us**

OPINION:

MANDATE ISSUED:

JUDGMENT:

ATTORNEY NAME:     **Teresa L. Norris**

CITY & STATE:     **Columbia,  SC.**

LETTER TYPE:

| | | | | |
|---|---|---|---|---|
| NORMAPP.LTR | _____ | | NTAUNRAP.LTR | _____ |
| EXAPP.LTR | _____ | | NTAUEXAP.LTR | _____ |
| NOAGNRAP.LTR | _____ | | DEATHPEN.LTR | _____ |
| NOAGEXAP.LTR | _____ | | INTERIM.LTR | _____ |
| | | | TRAVEXP.LTR | _____ |

VOUCHER #     <u>10346204</u>

COMPENSATION     _____

EXPENSES     _____

TOTAL     _____

ATTACHMENTS:     J-STMNT _____          OOC MEMO _____

EXP. ITEM _____          RECPTS.     _____

STAT. LIMIT _____

<u>NOTES:</u>