October 24, 2012

**CJA Form Letter Check List**

Case Number/Title:     10-3462  Wesley Purkey v. United States

PANEL:     **KEB,  RWG,  BES**

SUBMISSION DATE:     **September 20, 2012**

AUTHOR:

CASE TYPE:     **Death Penalty - Federal habeas, us**

OPINION:

MANDATE ISSUED:

JUDGMENT:

ATTORNEY NAME:     **Gary E. Brotherton**

CITY & STATE:     **Columbia,  MO.**

LETTER TYPE:     NORMAPP.LTR     _____          NTAUNRAP.LTR _____

                 EXAPP.LTR     _____          NTAUEXAP.LTR _____

                 NOAGNRAP.LTR _____          DEATHPEN.LTR _____

                 NOAGEXAP.LTR _____          INTERIM.LTR     _____

                                              TRAVEXP.LTR     _____

VOUCHER #     10346203

COMPENSATION     _____

EXPENSES     _____

TOTAL     _____

ATTACHMENTS:     J-STMNT _____          OOC MEMO _____

                 EXP. ITEM _____          RECPTS.     _____

STAT. LIMIT _____

NOTES: