**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 06, 2013

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

    RE: 10-3462 Wesley Purkey v. United States

Dear Sirs:

    A published opinion was filed today in the above case.

    Counsel who presented argument on behalf of the appellant was Teresa L. Norris, of Columbia, SC. The following attorney(s) appeared on the appellant brief; Gary E. Brotherton, of Columbia, MO.

    Counsel who presented argument on behalf of the appellee was Kathleen D. Mahoney, AUSA, of Kansas City, MO. The following attorney(s) appeared on the appellee brief; David M. Ketchmark, AUSA, of Kansas City, MO.

    The judge who heard the case in the district court was Honorable Fernando J. Gaitan. The judgment of the district court was entered on December 22, 2009.

    If you have any questions concerning this case, please call this office.

                        Michael E. Gans
                        Clerk of Court

MDS

Enclosure(s)

cc: Lois Law
    MO Lawyers Weekly

    District Court/Agency Case Number(s): 4:06-cv-08001-FJG