Michael Gans
U.S. Court of Appeals
111 S. 10th Street
St. Louis, MO 63102

September 13th, 2013

RE: Purkey v. United States, Case #10-3462

Dear Mr. Gans,

Please find enclosed my "Pro Se Motion" for an extension of time to file a Petition for Rehearing and to withdraw counsel. Because of USP/TH Official, Mr. John Edwards/SCU has refused to afford me with copying of the this material I have only enclosed the original without supplying the court with sufficient required copying. Based on the time limitations of 14 days for filing this request for an extension of time I pray that this issue can amicably be dealt with under the given circumstances.

Thank you for your attention to this filing.

Sincerely,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

RECEIVED

SEP 18 2013

U.S. COURT OF APPEALS
EIGHTH CIRCUIT