# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-3462

Wesley Ira Purkey

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:06-cv-08001-FJG)
_____

**ORDER**

The motion of Wesley Purkey for an extension of time to file a petition for rehearing is

granted. Appellant's counsel may have until October 21, 2013, to file the petition for rehearing.

Appellant's motion to proceed pro se has been considered by the court and is denied.

Electronically-filed petitions for rehearing <u>must</u> be received in the clerk's office on or

before the due date.

The three-day mailing grace under Fed.R.App.P. 26(c) does not apply to petitions for

rehearing.

September 23, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans