**IN THE**
**UNITED STATES COURT of APPEALS**
**EIGHTH CIRCUIT**

No. 10-3462

WESLEY IRA PURKEY,
Appellant,

v.

UNITED STATES OF AMERICA,
Appellee.

---

**UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S PETITION FOR REHEARING BY THE PANEL, OR ALTERNATIVELY, FOR REHEARING EN BANC**

---

COMES NOW Appellant, Wesley Ira Purkey, by his undersigned counsel, and pursuant to Federal Rules of Appellate Procedure 35(c) and 40(a)(1), and respectfully requests that this Court grant him and counsel an additional 30 days, to and including November 20, 2013, within which to file Appellant's Petition for Rehearing by the Panel, or, alternatively, for Rehearing En banc.  Mr. Purkey requests this extension of time for the following reasons:

1. This Court heard argument in this matter on September 20, 2012, and the panel – i.e., The Honorable Bye, Gruender, and Shepherd, Circuit Judges – issued its opinion on September 6, 2013.

2. The panel affirmed the district court's judgment in all respects.

3.      Mr. Purkey intends to seek rehearing by the panel, or, alternatively, by this Court en banc, which is due on October 21, 2013,[1] since this 2255 civil appeal of a federally death-sentenced inmate involves the United States Government.  FRAP 40(a)(1).  That deadline, however, may be extended.  For the following reasons, appointed counsel – i.e., Teresa L. Norris and Gary E. Brotherton – cannot complete Mr. Purkey's petition for rehearing without an extension of time.

4.      On or about October 8, 2013, Mr. Purkey filed a *pro se* petition for a writ of *mandamus* in the United States Supreme Court, seeking an order directing this Court to remove undersigned counsel.  Undersigned counsel believe they have an ethical duty to await ruling by the Supreme Court before proceeding against Mr. Purkey's will.

5.      Additionally, undersigned counsel require an extension of time for the following reasons:

a.      Counsel Norris:  had surgery to repair a broken elbow on October 1 and is only able to work part-time due to on-going physical therapy; and has a memorandum of law due on October 21 in support of the petition for writ of habeas corpus on behalf of a South Carolina death-sentenced inmate in the United States District Court, District of South Carolina, *Brad Keith Sigmon v.*

---

[1] On September 23, 2013, this Court denied Mr. Purkey's *pro se* motion to remove undersigned counsel and to extend the time to file his motion for rehearing.  In so ruling, this Court noted, "Appellant's counsel may have until October 21, 2013, to file the petition for

*William R. Byars, Jr., Commissioner, South Carolina Department of Corrections*, C.A. No. 8:13-cv-01399-RBH-JDA.

b.      Counsel Brotherton:  has two evidentiary hearings scheduled in state court, one involving the application of *Miller v. Alabama*; and two original petitions for writs of *habeas corpus* due in state court.

6.      Counsel have consulted counsel for the United States and Kathleen D. Mahoney, AUSA, related that the Government has no objection to this request.

7.      Appellant does not request this extension to cause unnecessary delay. Rather, this extension is needed to ensure that Mr. Purkey's death penalty case is litigated comprehensively and competently.

7.      Wherefore, Appellant Wesley Ira Purkey respectfully moves the Court to extend the time for seeking rehearing by thirty (30) days until November 20, 2013.

Respectfully submitted,

By:  /s/  Teresa L. Norris
Counsel for Appellant

| | |
|---|---|
| Teresa L. Norris, Esq. | Gary E. Brotherton, Esq. |
| 900 Elmwood Ave., Suite 101 | 503 E. Nifong Blvd. #377 |
| Columbia, SC 29201 | Columbia, Missouri  65201-3717 |
| (803) 765-1044  (Phone) | (573) 474-0773  Phone |
| (803) 765-1143  (Fax) | (573) 474-0773  Fax |
| teresa@blumelaw.com | GEBrotherton@LegalWritesLLC.com |
| Co-counsel to Appellant | Co-counsel to Appellant |

rehearing."

## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Teresa L. Norris
Counsel for Appellant

Dated:    Columbia, SC
          October 14, 2013