

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

WESLEY I. PURKEY,
                    Appellant/defendant,

vs.                                                Case #10-3462

UNITED STATES OF AMERICA,
                    Appellee/respondent.

---

SECOND MOTION FOR AN EXTENSION OF TIME FOR FILING PETITION FOR REHEARING

The Appellant Wesley I. Purkey, hereafter "Purkey", acting pro se in this matter request a second extension of time for filing a 'Petition for Rehearing' pursuant to Rule 40;Fed.R.App. P. and as well Purkey request a 'stay' of these proceedings pursuant to Rule 41;Fed.R.App.P. pending the United States Supreme Court's determination of Purkey's 'Petition For A Writ of Mandamus. In support of these request(s) Purkey offers the following:

1.    Purkey previously filed a motion for an extension time and to be granted leave to proceed pro se in these rehearing proceeding on September 18th, 2013. The court granted Purkey's request for filing his rehearing petition until October 21st., 2013, although denied his request to proceed pro se in such proceedings.

2.    On October 3rd., 2013 Purkey filed a 'Petition For A Writ of Mandamus' to the United States Supreme Court seeking an order by that court to compel the Eighth Circuit Court of Appeals to comply with governing Supreme Court precedent mandating that Purkey be granted leave to proceed pro se in this matter. To date the Supreme Court has not issued a ruling anent that petition, whereas Purkey is requesting this court to grant a stay in these proceedings pending such deter- mination by that court of ultimate authority in this matter.

1.

RECEIVED

OCT 2 3 2013

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

3. In Purkey's initial request for an extension of time to file a petition for rehearing he delineated and enunciated the irrevocable and ossify protracted conflicts underscoring his request to proceed in these rehearing proceedings. Here because of such deep rooted irrevocable difference between Purkey and both of his court appointed counsel the court denying Purkey's request to represent himself has placed him in a dire quagmire. Counsel(s) have shown a ossify obstinacy to all of Purkey's efforts of contact, in fact Gary Brotherton has refused for going on two years to communicate with Purkey and lead counsel, Teresa Norris has in turned refused to contact Purkey or respond to his correspondence which she has basically refused to answer any of his correspondence for over a five year period. In fact Purkey has logged copious numbers of complaints anent these egregious problems permeating his capital representation by Brotherton and Norris with Federal Capital Habeas Counsel, Ruth Friedman which have fallen on death ears, whereas in-lieu of addressing the problems the Habeas Capital Counsel has merely advocated on behalf of their brethren. Here because of the dilemma facing Purkey's effort to file a petition for rehearing pro se and counsel literally running rough-shod over him and refusing to file such petition on his behalf the court in combination with counsel's indifference being shown to Purkey's meaningful rights of access to the courts' without any meaningful oversight he is placed in a dire quagmire by the court denying him the most fundamental right any individual has, particularly in capital proceedings to represent themselves.

4. This is only Purkey's second request for an extension of time to file a petition for rehearing and the government will not prejudiced by the court granting such extension.

WHEREFORE' Purkey prays that the Court will grant Purkey an additional thirty (30) days until November 21st., 2013 for filing a petition for rehearing, whereas the interest of justice will best be served by doing so.

2.

Dated: October 18th, 2013

RESPECTFULLY SUBMITTED,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Appellant/defendant/pro se

## Certificate of Service

The undersigned does attest under pains of perjury and pursuant to 28 U.S.C. § 1746 that because the Special Confinement Unit, John Edwards refused to provide him with copying of the foregoing pleading that he was not able to serve a copy of such on the Unit States Government.

Wesley I. Purkey
declarant

## Certicate Of Mail Under Pains Of Perjury

The undersigned does attest under pains of perjury that he mailed the foregoing pleading on this 18th day of October, 2013 to: Michael Gans/Clerk, United States Court of Appeals, 111 S. 10th Street, St. Louis, MO 63102 and did so via U.S. Mail, first class postage prepaid and attached, where he attest to such pursuant to 28 U.S.C. § 1746.

Wesley I. Purkey
declarant

3.