# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-3462

Wesley Ira Purkey

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:06-cv-08001-FJG)

---

## ORDER

The motion for substitution of counsel has been considered and is granted.  Rebecca

Woodman and Sonali Shahi are hereby substituted as counsel of record for Teresa Norris and

Gary Brotherton as of November 25, 2013.

December 06, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans