December 12, 2013

**CJA Form Letter Check List**

Case Number/Title:     10-3462  Wesley Ira Purkey x aplnt. v. United States

PANEL:     **KEB,  RWG,  BES** x

SUBMISSION DATE:     **September 20, 2012 x arg**

AUTHOR:     **RWG** x     12/6/13 Jud or gr mtn for substitution of counsel

CASE TYPE:     **Death Penalty - Federal habeas, us** x mow

OPINION:     **09/06/2013** x aa

MANDATE ISSUED:

JUDGMENT:     **09/06/2013**

ATTORNEY NAME:     **Teresa L. Norris**

CITY & STATE:     **Columbia,  SC.**

| LETTER TYPE: | NORMAPP.LTR | _____ | NTAUNRAP.LTR | _____ |
| | EXAPP.LTR | _____ | NTAUEXAP.LTR | _____ |
| | NOAGNRAP.LTR | _____ | DEATHPEN.LTR | _____ |
| | NOAGEXAP.LTR | _____ | INTERIM.LTR | _____ |
| | | | TRAVEXP.LTR | _____ |

VOUCHER #     <u>10346206</u>

COMPENSATION     _____

EXPENSES     _____

TOTAL     _____

ATTACHMENTS:     J-STMNT _____     OOC MEMO _____

EXP. ITEM _____     RECPTS.     _____

STAT. LIMIT _____

NOTES: