# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Michael E. Gans**
 *Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

December 19, 2013

Ms. Rebecca E. Woodman
DEATH PENALTY LITIGATION CLINIC
Suite C
6155 Oak Street
Kansas City, MO  64113

RE:  10-3462  Wesley Purkey v. United States

Dear Counsel:

An order entered by the Court has been sent under separate Notice of Docket Activity. A CJA Form 30, which provides for your appointment under the provisions of the Criminal Justice Act to represent an appellant in a death penalty matter, has been issued today. If you are receiving this letter by electronic noticing, your CJA Form 30 will be sent by mail. Your duties as counsel are defined by Eighth Circuit Rule 27B and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

You can also find "Fillable" CJA Forms and instructions for their use on the "Forms" page of our web site. When you are ready to submit your voucher for payment, you may either complete the paper version or fill out the form online. If you choose to complete the form online, please copy the information contained in Items 1-14 from the paper CJA Form 30. You should then fill in the hours and expenses claimed, print out the form, sign it, attach the paper CJA Form 30 we sent you, and submit both forms to the St. Louis office for processing. Vouchers should be submitted after the court issues its mandate at the close of the case.

Appointments are personal and cannot be delegated without the court's approval. If you have any questions about your appointment or the CJA voucher process, please contact this office.

Michael E. Gans
Clerk of Court

DMH
Enclosure(s)

cc:  Mr. David M. Ketchmark
     Ms. Kathleen D. Mahoney
     Mr. Wesley Ira Purkey
     Ms. Sonali Shahi
     Ms. Ann Thompson

District Court/Agency Case Number(s):  4:06-cv-08001-FJG