⇔14679-045⇔
Michael Gans
U.S. Court of Appeals
111 S 10TH ST
Saint Louis, MO 63102
United States

December 23, 2013

Case # 10-3462

Mr. Cons,

I Recently filed a Motion to with-draw Attorney(s) Sonali Shehi Ane Rebecca Woodman from my Capital Proceeding the Court has ignored this Motion literally strong ermins this appointment of Counsel coercing me to accept such appointment!

I have told these attorney's not to file any pleadings on my behalf, that my capital

RECEIVED

JAN -2

U.S. COURT OF APPEALS
8TH CIRCUIT

PROCEEDINGS are terminated — I will file a petition with the Supreme Court clarifying these issues, as Wolcott this court's heavy handed factors be running rough shod over my Copefer proceedings.

Sincerely

Wesley I furker 19979091
Unitee States Penitentiary
P.O. Box 33
Terre Haute, Ind
47808