**Eighth Circuit Court of Appeals**

**PRO SE Notice of Docket Activity**

The following was filed on 01/02/2014

**Case Name:**    Wesley Purkey v. United States
**Case Number:**  10-3462

**Docket Text:**
LETTER from Appellant Mr. Wesley Ira Purkey regarding counsel. w/service 01/08/2014 by USCA-8. [4112054] [10-3462]

**The following document(s) are associated with this transaction:**
Document Description:  letter regarding counsel

**Notice will be mailed to:**

Mr. Wesley Ira Purkey
U.S. PENITENTIARY
14679-045
P.O. Box 33
Terre Haute, IN  47808-0033

**Notice will be electronically mailed to:**

Mr. David M. Ketchmark: David.Ketchmark@usdoj.gov,
usamow.Appellate@usdoj.gov,usamow.ecfGeneralCrimes@usdoj.gov
Ms. Kathleen D. Mahoney: Kate.Mahoney@usdoj.gov,
usamow.Appellate@usdoj.gov,usamow.ecfGeneralCrimes@usdoj.gov
Ms. Sonali Shahi: sshahi@dplclinic.com
Ms. Rebecca E. Woodman: rwoodman@dplclinic.com