| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER 10346206 |
|---|---|---|---|---|
| 08C | PURKEY, WESLEY I. | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 4:06-008001-001 | X:10-003462-001 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. TYPE PERSON REPRESENTED | 9. REPRESENTATION TYPE |
|---|---|---|
| U.S. v. Purkey | Appellant | Capital Habeas Corpus (2254) |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

**FILED**

11. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS

NORRIS, TERESA L.
Blume, Norris, and Franklin-Best, LLC
Suite 101
900 Elmwood Avenue
Columbia SC 29201

Telephone Number:

13. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

BLUME, NORRIS & FRANKLIN-BEST, LLC
Suite 101
900 Elmwood Avenue
Columbia SC 29201

12. COURT ORDER

☒ O Appointing Counsel ☐ C Co-Counsel
☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney ☐ Y Standby Counsel

Prior Attorney's Name:
Appointment Date:

(A) ... the attorney whose name appears in Item 11, who has been ... is appointed to represent this person in this case.

(B) The attorney named in Item 11 is appointed to serve as: ☐ LEAD COUNSEL ☐ CO-COUNSEL.

Name of Co-Counsel or Lead Counsel:
Appointment Date:

(C) ...

Signature of Presiding Judicial Officer or By Order of the Court   3/24/10
Date of Order                              Nunc Pro Tunc Date

(E) ... ☐ YES ☐ NO

**JAN 15 2014**

MICHAEL E. GANS
CLERK OF COURT

14. STAGE OF PROCEEDING
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed ... CHECK NO MORE THAN ONE BOX.

CAPITAL PROSECUTION / HABEAS CORPUS / OTHER PROCEEDING

| 15. | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| a. | In-Court Hearings (Rate per hour = $  ) | | | 125 | 110 | IN COURT TOTAL (Category a) |
| b. | Interviews and Conferences with Client | 19.5 | | 16.8 | 2.7 | |
| c. | Witness Interviews | | | | | |
| d. | Consultation with Investigators and Reports | 9.1 | | .1 | | |
| e. | Obtaining and Reviewing the Court Record | .5 | | | .5 | |
| f. | Obtaining and Reviewing Documents and Evidence | | | | | OUT OF COURT TOTAL (Category b-j) |
| g. | Consulting with Expert Counsel | 32.5 @ 178 = 5,785.00   8.1 | | 6.2 | 1.9 | |
| h. | Legal Research and Writing | 31.6 @ 163 = 5,150.80   24.7 | | 2.5 | 22.2 | 10,935.80 |
| i. | Travel | 14.1   10,935.80 | | | | |
| j. | Other (Specify on additional sheet) | 2 | | 6.9 | 4.3 | |
| | Totals: Categories b thru j (Rate per hour = $       ) 78 h.165 | 64.1 | | 32.5 | 31.6 | |

| 16. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | 440.11 | | 440.11 | |
| 17. | Other Expenses (other than expert, transcripts, etc.) | | | | 11,375.91 | |

18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM 9/21/12  TO 11/30/13

19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

20. CASE DISPOSITION
AA

21. CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO  If yes, were you paid? ☐ YES ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment ... ☐ YES ☐ NO
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: *Teresa L. Norris*   Date: 12-9-13

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | 7500.88 | | 440.11 | 7940.11 |

27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER

DATE 1/13/14   27a. JUDGE CODE ~824

Appellate Case: 10346206   Page: 1   Date Filed: 01/06/2014   Entry ID: 3972606