# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 17, 2014

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

   Re: Wesley Ira Purkey
     v. United States
     Application No. 13A937
     (Your No. 10-3462)

Dear Clerk:

  The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Alito, who on March 17, 2014, extended the time to and including April 16, 2014.

  This letter has been sent to those designated on the attached notification list.

       Sincerely,

       **Scott S. Harris**, Clerk

       by

       Redmond K. Barnes
       Case Analyst

RECEIVED

MAR 2 4 2014

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Ms. Rebecca E. Woodman
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas, KS  64113


Mr. Donald B. Verrilli, Jr.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102