# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

April 16, 2014

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

       Re:  Wesley Ira Purkey
              v. United States
              Application No. 13A937
              (Your No. 10-3462)

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Alito, who on April 16, 2014, extended the time to and including May 16, 2014.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst

**RECEIVED**

APR 2 1 2014

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Ms. Rebecca E. Woodman
Death Penalty Litigation
6155 Oak Street, Suite C
Kansas, KS  64113


Mr. Donald B. Verrilli, Jr.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24
St. Louis, MO  63102