# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 21, 2014

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

       Re:  Wesley Ira Purkey
            v. United States
            No. 13-9783
            (Your No. 10-3462)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 16, 2014 and placed on the docket April 21, 2014 as No. 13-9783.

Sincerely,

**Scott S. Harris,** Clerk

by

Redmond K. Barnes
Case Analyst