**Michael E. Gans**
 *Clerk of Court*

June 09, 2014

Ms. Ann Thompson
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106-0000

     RE:  10-3462  Wesley Purkey v. United States

Dear Clerk:

     Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                     Michael E. Gans
                     Clerk of Court

MDS

Enclosure(s)

     District Court/Agency Case Number(s):  4:06-cv-08001-FJG