IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

WESLEY I. PURKEY,

        Petitioner,                       No. 10-3462

v.

UNITED STATES OF AMERICA,

        Respondent.

## MOTION FOR SUBSTITUTION OF COUNSEL
## AT NO COST TO THE COURT

For reasons described further herein, Petitioner, Wesley I. Purkey, hereby moves this Court to permit Sonali Shahi to withdraw as counsel, and for the substitution of appointed counsel in her place to represent him through the certiorari stage and all potential future proceedings related to his capital conviction and sentence.   In support of this motion, counsel state as follows:

1.  On December 6, 2013, the Court appointed attorneys Rebecca E. Woodman and Sonali Shahi of the Death Penalty Litigation Clinic to represent Mr. Purkey in this matter as of November 25, 2013.

2.  Mr. Purkey is a federally death-sentenced prisoner whose appeal from the district court's denial of his 28 U.S.C. § 2255 motion was denied by a panel of the Eighth Circuit Court of Appeals on September 6, 2013.  His motion for rehearing to the Eighth Circuit panel was denied on December 17, 2013.  A petition for

*certiorari* was subsequently filed on April 16, 2014, and docketed as No. 13-9783.

The Brief in Opposition (BIO) is currently due on August 20, 2014, and counsel

anticipates the need to prepare and file a brief in reply to the BIO.

3. Ms. Woodman remains counsel of record for Mr. Purkey. However, Ms.

Shahi seeks to withdraw as co-counsel because she has accepted employment with

the Capital Habeas Unit of the Federal Community Defender Office in

Philadelphia, and her new position does not permit her to bring this case with her.

4. Undersigned counsel respectfully request that the Court allow Ms. Shahi

to withdraw as co-counsel for Mr. Purkey and that the Court substitute counsel at

no cost to the Court: specifically, that the Court appoint the Federal Public

Defender (FPD) of the Western District of Missouri in Kansas City to represent

Mr. Purkey, along with Ms. Woodman, through the certiorari stage and all

potential future proceedings related to his capital conviction and sentence. The

FPD, whose recommendations play a role in the appointment of counsel in federal

death penalty cases generally,[1] is well-situated to provide representation at this

stage alongside Ms. Woodman, whose own office – the Death Penalty Litigation

Clinic – specializes in capital post-conviction litigation. In addition, the

appointment of the FPD will greatly reduce the administrative burden of the courts

---

[1] *See* 18 U.S.C. § 3005 (requiring court to consider recommendation of federal public defender in appointing counsel in federal death penalty cases); *see also* Guidelines for Administering the CJA and Related Statutes, Part A, § 620.30.

by alleviating the need for additional CJA budgeting[2] for any potential future litigation related to Mr. Purkey's capital conviction and sentence.

5. Should the FPD be appointed, the FPD will assign this case to an Assistant Federal Public Defender, who will immediately file a notice of appearance.

6. Counsel has consulted with the Petitioner, who consents to the proposed change of representation.

WHEREFORE, Mr. Purkey, by and through his undersigned counsel, respectfully moves this Honorable Court to permit Sonali Shahi to withdraw as counsel and appoint in her place the Federal Public Defender for the Western District of Missouri as co-counsel for Mr. Purkey alongside Ms. Woodman.

Respectfully submitted,

/s/Rebecca E. Woodman
REBECCA E. WOODMAN
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO  64113
(816) 363-2795
(816) 363-2799 (FAX)
rwoodman@dplclinic.com

---

[2] As CJA-appointed counsel, Ms. Woodman will of course continue to bill her time and expenses through the CJA.

/s/Sonali Shahi
SONALI SHAHI
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO  64113
sshahi@dplclinic.com


Certificate of Service

This will certify that, on today's date, through the Court's ECF system, I

have served a copy of the foregoing MOTION FOR SUBSTITUTION OF

COUNSEL AT NO COST TO THE COURT on the United States.

/s/Rebecca E. Woodman
Counsel for Petitioner

Dated:        August 8, 2014