# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 10-3462

Wesley Ira Purkey

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:06-cv-08001-FJG)

---

## ORDER

Appellant's motion for substitution of counsel is granted, and Ms. Sonali Shahi is granted

leave to withdraw as appellant's co-counsel.  The Federal Public Defender of the Western

District of Missouri is appointed in her place to serve as co-counsel.

August 15, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans