September 08, 2014

# CJA Form Letter Check List

Case Number/Title:  10-3462  Wesley Purkey v. United States

PANEL: **KEB, RWG, BES**

SUBMISSION DATE: **August 13, 2014**

AUTHOR: **RWG**

CASE TYPE: **Death Penalty - Federal habeas, us**

OPINION: **09/06/2013**

MANDATE ISSUED: **12/26/2013**

JUDGMENT: **09/06/2013**

ATTORNEY NAME: **Sonali Shahi**

CITY & STATE:

LETTER TYPE:

| | | | | |
|---|---|---|---|---|
| NORMAPP.LTR | _____ | NTAUNRAP.LTR | _____ |
| EXAPP.LTR | _____ | NTAUEXAP.LTR | _____ |
| NOAGNRAP.LTR | _____ | DEATHPEN.LTR | _____ |
| NOAGEXAP.LTR | _____ | INTERIM.LTR | _____ |
| | | TRAVEXP.LTR | _____ |

VOUCHER #  10346207

COMPENSATION  _____

EXPENSES  _____

TOTAL  _____

ATTACHMENTS:  J-STMNT _____    OOC MEMO _____

EXP. ITEM _____    RECPTS.  _____

STAT. LIMIT _____

NOTES: