October 20, 2014

# CJA Form Letter Check List

Case Number/Title:     10-3462  Wesley Purkey v. United States

PANEL:    **KEB,  RWG,  BES**

SUBMISSION DATE:    **August 13, 2014**

AUTHOR:    **RWG**

CASE TYPE:    **Death Penalty - Federal habeas, us**

OPINION:    **09/06/2013**

MANDATE ISSUED:    **12/26/2013**

JUDGMENT:    **09/06/2013**

ATTORNEY NAME:    **Rebecca E. Woodman**

CITY & STATE:    **Kansas City,  MO.**

| LETTER TYPE: | NORMAPP.LTR | _____ | NTAUNRAP.LTR | _____ |
|---|---|---|---|---|
| | EXAPP.LTR | _____ | NTAUEXAP.LTR | _____ |
| | NOAGNRAP.LTR | _____ | DEATHPEN.LTR | _____ |
| | NOAGEXAP.LTR | _____ | INTERIM.LTR | _____ |
| | | | TRAVEXP.LTR | _____ |

VOUCHER #    <u>10346208</u>

COMPENSATION    _____

EXPENSES    _____

TOTAL    _____

| ATTACHMENTS: | J-STMNT _____ | OOC MEMO _____ |
|---|---|---|
| | EXP. ITEM _____ | RECPTS. _____ |

STAT. LIMIT _____

<u>NOTES</u>: