# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

## MEMORANDUM

**TO:**        Ms.  Ann Thompson

**FROM:**      Michael E. Gans, Clerk of Court

**DATE:**       December 17, 2014

**RE:**         10-3462  Wesley Purkey v. United States

               District Court/Agency Case Number(s):   4:06-cv-08001-FJG

_____

     Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

SRD