**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**CLERK'S OFFICE**

**RECORDS TRANSMITTAL SHEET**


**DATE:**       December 18, 2014

**RE:**         10-3462  Wesley Purkey v. United States

**TO:**         Ann Thompson

**FROM:**       James J. Foster


Enclosed are the following records for return to your office:

    Original file:                    Transcript:   21 vols.

    Deposition:                       Sealed:

    Exhibits:

    Other:


    [x]  Case closed                   [ ]  Counsel appointed

    [ ]  Per your request              [ ]  Return to this office


Enclosure(s)

    District Court/Agency Case Number(s):   4:06-cv-08001-FJG

JJF