January 20, 2015

**CJA Form Letter Check List**

Case Number/Title:          10-3462  Wesley Ira Purkey (aplnt.) v. United States


PANEL:                      **KEB,  RWG,  BES** x

SUBMISSION DATE:            **September 20, 2012 x arg**

AUTHOR:                     **RWG** x

CASE TYPE:                  **Death Penalty - Federal habeas, us**

OPINION:                    **09/06/2013** x aa

MANDATE ISSUED:             **12/26/2013** x          10/14/14 SC or F dnying cert Pet

JUDGMENT:                   **09/06/2013**

ATTORNEY NAME:              **Rebecca E. Woodman**

CITY & STATE:               **Kansas City,  MO.**

LETTER TYPE:        NORMAPP.LTR    _____          NTAUNRAP.LTR  _____

                    EXAPP.LTR      _____          NTAUEXAP.LTR  _____

                    NOAGNRAP.LTR   _____          DEATHPEN.LTR  _____

                    NOAGEXAP.LTR   _____          INTERIM.LTR   _____

                                                     TRAVEXP.LTR   _____

VOUCHER #           <u>10346209</u>

COMPENSATION       _____

EXPENSES           _____

TOTAL              _____

ATTACHMENTS:        J-STMNT   _____          OOC MEMO _____

                    EXP. ITEM _____          RECPTS.     _____

STAT. LIMIT _____

<u>NOTES:</u>