| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| 08C | Purkey, Wesley I. | | 10346209 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 4:06-008001-001 | X:10-003462-001 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. TYPE PERSON REPRESENTED | 9. REPRESENTATION TYPE |
|---|---|---|
| Purkey v. U.S. | ☐ Adult Defendant ☐ Appellee<br>☐ Habeas Petitioner ☐ Other (Specify)<br>☑ Appellant | ☑ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D4 Other (Specify)<br>☐ D2 Federal Capital Prosecution ☐ D7 State Clemency<br>☐ D3 28 U.S.C. § 2255 (Capital) ☐ D8 Federal Clemency |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

**FILED**

| 11. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS | 12. COURT ORDER: |
|---|---|
| Rebecca E. Woodman<br>Death Penalty Litigation Clinic<br>6155 Oak Street, Suite C<br>Kansas City, MO 64113<br><br>Telephone Number: (816) 363-2795 | ☑ O Appointing Counsel ☐ C Co-Counsel<br>☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney<br>☐ P Subs For Panel ☐ Y Standby Counsel **FEB 1 9 2015**<br>Prior Attorney's Name: _____ Appointment Date: **MICHAEL E. GANS CLERK OF COURT**<br>(A) Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.<br>(B) The attorney named in Item 11 is appointed to serve as: ☐ LEAD COUNSEL ☐ CO-COUNSEL<br>Name of Co-Counsel |
| 13. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)<br><br>Death Penalty Litigation Clinic<br>6155 Oak Street, Suite C<br>Kansas City, MO 64113 | or Lead Counsel: _____ Appointment Date: _____<br>(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead in counsel or co-counsel).<br>☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.<br><br>_____ Signature of Presiding Judge or By Order of the Court<br><br>_____ Date of Order _____ Nunc Pro Tunc Date<br>(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment.<br>☐ YES ☐ NO |

**CLAIM FOR SERVICES AND EXPENSES**

14. STAGE OF PROCEEDING Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION | | HABEAS CORPUS | | OTHER PROCEEDING | |
|---|---|---|---|---|---|
| a. ☐ Pre-Trial | e ☐ Appeal | g. ☐ Habeas Petition | k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari | l. ☐ Stay of Execution | o ☐ Other (Specify) |
| b. ☐ Trial | f ☐ Petition for the | gg. ☐ State Court Appearance | | m ☐ Appeal of Denial of Stay | |
| c. ☐ Sentencing | U.S. Supreme Court | h. ☐ Evidentiary Hearing | | n. ☐ Petition for Writ of Certiorari to the U.S Supreme Court Regarding Denial of Stay | p ☑ Clemency |
| d. ☐ Other Post Trial | Writ of Certiorari | i. ☐ Dispositive Motions | | | |
| | | j. ☐ Appeal | | | |

**HOURS AND COMPENSATION CLAIMED** — **FOR COURT USE ONLY**

| 15. CATEGORIES (Attach Itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (RATE PER HOUR = $ ) | | 0.00 | | IN COURT TOTAL Category a | IN COURT TOTAL Category a |
| b. Interviews and Conferences with Client | 22.50 | | | | |
| c. Witness Interviews | 0.30 | | | | |
| d. Consultation with Investigators & Experts | 21.90 | | | | |
| e. Obtaining & Reviewing the Court Record | 1.00 | | | | |
| f. Obtaining & Reviewing Documents and Evidence | 2.30 | | | OUT OF COURT TOTAL Categories b-j | OUT OF COURT TOTAL Categories b-j |
| g. Consulting with Expert Counsel | | | | | |
| h. Legal Research and Writing | 11.80 | | | | |
| i. Travel | 20.00 | | | | 14,652.00 |
| j. Other (Specify on additional sheets) | 1.60 | | | | |
| TOTALS: Categories b thru j (RATE PER HOUR = 180.00 ) | 81.40 | 14,652.00 | 81.4 | | 14,652.00 |

**CLAIM FOR TRAVEL AND EXPENSES** (Attach itemization of expenses with dates)

| 16. Travel Expenses (lodging, parking, meals, mileage, etc.) | | 324.00 | | 310.16 | |
|---|---|---|---|---|---|
| 17. Other Expenses (other than expert, transcripts, etc.) | | | | 15.14 | |
| GRAND TOTALS (CLAIMED AND ADJUSTED) | | 14,976.80 | | 14,976.30 | |

| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION |
|---|---|---|
| FROM: 10/1/2014 TO: 12/31/2014 | | AA |

| 21. CLAIM STATUS | ☐ Final Payment | ☑ Interim Payment Number _____ | ☐ Supplemental Payment |
|---|---|---|---|

Have you previously applied to the court for compensation and/or reimbursement for this case? ☑ YES ☐ NO If yes, were you paid? ☑ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☑ YES ☐ NO If yes, give details on additional sheets. **Please see cover letter.**
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney _____ Date 1-13-15

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | 10,000.00 | 310.16 | 15.14 | 10,325.30 |

| 27. SIGNATURE OF THE PRESIDING JUDGE | DATE 2/13/15 | 27a. JUDGE CODE -824 |
|---|---|---|