April 27, 2015

**CJA Form Letter Check List**

Case Number/Title:     10-3462  Wesley Purkey v. United States

PANEL:                 **KEB,  RWG,  BES**

SUBMISSION DATE:       **September 20, 2012 x arg by Teresa Norris**

AUTHOR:                **RWG**

CASE TYPE:             **Death Penalty - Federal habeas, us**

OPINION:               **09/06/2013** x

MANDATE ISSUED:        **12/26/2013**

JUDGMENT:              **09/06/2013**

ATTORNEY NAME:         **Rebecca E. Woodman**

CITY & STATE:          **Kansas City,  MO.**

LETTER TYPE:     NORMAPP.LTR  _____      NTAUNRAP.LTR  _____

                 EXAPP.LTR  _____        NTAUEXAP.LTR  _____

                 NOAGNRAP.LTR  _____     DEATHPEN.LTR  _____

                 NOAGEXAP.LTR  _____     INTERIM.LTR   _____

                                         TRAVEXP.LTR   _____

VOUCHER #        10346210

COMPENSATION    _____

EXPENSES        _____

TOTAL           _____

ATTACHMENTS:     J-STMNT  _____        OOC MEMO  _____

                 EXP. ITEM  _____       RECPTS.    _____

STAT. LIMIT  _____

NOTES: